AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| JOGINDER SINGH <br><br> *Plaintiff(s)* <br> v. <br> TOPLINE NYC CONTRACTING INC., TOPLINE NYC INC., GURPREET SINGH, and LAKHVINDER SINGH <br><br> *Defendant(s)* | Civil Action No. 1:25-cv-00776 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See attached rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
   Emanuel Kataev, Esq.
   SAGE LEGAL LLC
   18211 Jamaica Avenue
   Jamaica, NY 11423-2327
   (718) 412-2421 (office)
   emanuel@sagelegal.nyc
   cc: e-service@consumerattorneys.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 2/11/2025



*Shirley Mora*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00776

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

JOGINDER SINGH,

                         Plaintiff,

-against-

TOPLINE NYC CONTRACTING INC.,
TOPLINE NYC INC., GURPREET SINGH, and
LAKHVINDER SINGH,

                         Defendants.
----------------------------------------------------------------X

Case No.: 1:25-cv-00776

**RIDER TO SUMMONS**

1) TOPLINE NYC CONTRACTING INC.
   9219 101st Avenue,
   Ozone Park NY, 11416

2) TOPLINE NYC INC
   118-14 Rockaway Boulevard,
   South Ozone Park, NY 11420

3) GURPREET SINGH
   115-52 Lefferts Boulevard
   South Ozone Park, NY 11420

4) LAKHVINDER SINGH
   9154 113th Street
   Richmond Hill, NY 11418