UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOGINDER SINGH,

                             Plaintiff,

      -against-

TOPLINE NYC CONTRACTING INC.,
TOPLINE NYC INC., GURPREET SINGH, and
LAKHVINDER SINGH,

                            Defendants.
-----------------------------------------------------------------X

Case No.: 1:25-cv-00776-NCN-VMS

**SUMMONS RETURNED EXECUTED AS TO DEFENDANT TOPLINE NYC CONTRACTING INC. ONLY**

       Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Joginder Singh has served upon Defendant Topline NYC Contracting Inc. copies of the following documents:

    1) Issued Summons;

    2) Complaint;

    3) Civil Cover Sheet;

    4) Notice Option to Consent to Magistrate Judge Jurisdiction;

    5) Notice of Assignment of Case;

    6) Joint Proposed Civil Case Management Plan.

    Attached hereto is a copy of the Proof of Service.

    //

Dated: Jamaica, New York
      February 24, 2024

Respectfully submitted,

**SAGE LEGAL LLC**

 */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Joginder Singh*

2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| JOGINDER SINGH<br><br>*Plaintiff(s)*<br>v.<br>TOPLINE NYC CONTRACTING INC.,<br>TOPLINE NYC INC., GURPREET SINGH, and<br>LAKHVINDER SINGH<br><br>*Defendant(s)* | Civil Action No. 1:25-cv-00776 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TOPLINE NYC CONTRACTING INC.
9219 101st Avenue,
Ozone Park NY, 11416

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Emanuel Kataev, Esq.
SAGE LEGAL LLC
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
emanuel@sagelegal.nyc
cc: e-service@consumerattorneys.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 2/11/2025

*Shirley Mora*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-CV-00776-NCM-VMS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>TOPLINE NYC CONTRACTING, INC.</u> was received by me on *(date)* <u>February 13, 2025</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>ANTONIO HERRERA, Office Employee</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>TOPLINE NYC CONTRACTING, INC. the following documents: 1) Issued Summons; 2) Complaint; 3) Civil Cover Sheet; 4) Notice Option to Consent to Magistrate Judge Jurisdiction; 5) Notice of Assignment of Case; 6) Joint Proposed Civile Case Management Plan</u> on *(date)* <u>Tuesday, February 18, 2025</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$</u>.

I declare under penalty of perjury that this information is true.

Date: 2/19/25

Server's signature

Robert Lawson

Printed name and title

Medley Serves & Investigations, LLC
41 Schermerhorn Street Suite 318, Brooklyn , NY 11201

Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Feb 18, 2025, 3:17 am EST at CORPORATE: 9219 101st AVENUE, OZONE PARK , NY 11416 received by ANTONIO HERRERA as Office Employee. Age: 40s; Ethnicity: Hispanic; Gender: Male; Weight: 170s; Height: 5'7"; Hair:
.