UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JOGINDER SINGH,

                              Plaintiff,

      -against-

TOPLINE NYC CONTRACTING INC.,
TOPLINE NYC INC., GURPREET SINGH, and
LAKHVINDER SINGH,

                              Defendants.
------------------------------------------------------------------X

Case No.: 1:25-cv-00776-NCN-VMS

**SUMMONS RETURNED EXECUTED AS TO DEFENDANT LAKHVINDER SINGH ONLY**

       Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Joginder Singh has served upon Defendant Lakhvinder Singh copies of the following documents:

    1) Issued Summons;

    2) Complaint;

    3) Civil Cover Sheet;

    4) Notice Option to Consent to Magistrate Judge Jurisdiction;

    5) Notice of Assignment of Case;

    6) Joint Proposed Civil Case Management Plan.

    Attached hereto is a copy of the Proof of Service.

    //

Dated: Jamaica, New York
      February 27, 2024                              Respectfully submitted,

**SAGE LEGAL LLC**

<u>*/s/ Emanuel Kataev, Esq.*</u>
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Joginder Singh*

2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| JOGINDER SINGH <br><br> *Plaintiff(s)* <br> v. <br> TOPLINE NYC CONTRACTING INC., TOPLINE NYC INC., GURPREET SINGH, and LAKHVINDER SINGH <br><br> *Defendant(s)* | Civil Action No. 1:25-cv-00776 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LAKHVINDER SINGH
9154 113th Street
Richmond Hill, NY 11418

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Emanuel Kataev, Esq.
SAGE LEGAL LLC
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
emanuel@sagelegal.nyc
cc: e-service@consumerattorneys.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 2/11/2025

*Shirley Mora*
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:25-cv-00776-NCM-VMS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* LAKHVINDER SINGH was received by me on *(date)* February 13, 2025.

[X] I personally served the summons on the individual at *(place)* 9154 113th STREET, RICHMOND HILL, NY 11418 the following documents: 1) Issued Summons; 2) Complaint; 3) Civil Cover Sheet; 4) Notice Option to Consent to Magistrate Judge Jurisdiction; 5) Notice of Assignment of Case; 6) Joint Proposed Civil Case Management Plan, on *(date)* Saturday, February 22, 2025 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $.

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

Rodrick Green

*Printed name and title*

Medley Serves & Investigations, LLC
41 Schermerhorn Street Suite 318, Brooklyn , NY 11201

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Feb 18, 2025, 7:32 pm EST at 9154 113th STREET, RICHMOND HILL, NY 11418
No answer at door

2) Successful Attempt: Feb 22, 2025, 11:36 am EST at 9154 113th STREET, RICHMOND HILL, NY 11418 received by LAKHVINDER SINGH. Age: 50s; Ethnicity: Middle Eastern; Gender: Male; Weight: 200; Height: 6'; Hair: Black;
.