UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOGINDER SINGH,

                                   Plaintiff,

-against-

TOPLINE NYC CONTRACTING INC.,
TOPLINE NYC INC., GURPREET SINGH, and
LAKHVINDER SINGH,

                                   Defendants.
-----------------------------------------------------------------X

Case No.: 1:25-cv-776 (NCN) (VMS)

**PLAINTIFF'S REQUEST FOR**
**CERTIFICATE OF DEFAULT**

TO:    BRENNA B. MAHONEY
         UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF NEW YORK

     Please enter the default of Defendants, Topline NYC Contracting Inc., Topline NYC Inc., Gurpreet Singh, and Lakhvinder Singh, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Emanuel Kataev, Esq.

Dated: Jamaica, New York
       March 18, 2025

                                          Respectfully submitted,

                                          **SAGE LEGAL LLC**

                                          _/s/ Emanuel Kataev, Esq._
                                          Emanuel Kataev, Esq.
                                          18211 Jamaica Avenue
                                          Jamaica, NY 11423-2327
                                          (718) 412-2421 (office)
                                          (917) 807-7819 (cellular)
                                          (718) 489-4155 (facsimile)
                                          emanuel@sagelegal.nyc

                                          *Attorneys for Plaintiff*
                                          *Joginder Singh*