UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOGINDER SINGH,

                              Plaintiff,

     -against-

TOPLINE NYC CONTRACTING INC.,
TOPLINE NYC INC., GURPREET SINGH, and
LAKHVINDER SINGH,

                            Defendants.
-----------------------------------------------------------------X

Case No.: 1:25-cv-776 (NCN) (VMS)

**CERTIFICATE OF DEFAULT**

      I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendants Topline NYC Contracting Inc., Topline NYC Inc., Gurpreet Singh, and Lakhvinder Singh have not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
         March ____, 2025

                                              BRENNA B. MAHONEY, Clerk of Court

                                          By: _____
                                                    Deputy Clerk