Civil Action No. 1:25-cv-00776-NCM-VMS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* LAKHVINDER SINGH was received by me on *(date)* February 13, 2025.

☒ I personally served the summons on the individual at *(place)* 9154 113th STREET, RICHMOND HILL, NY 11418 the following documents: 1) Issued Summons; 2) Complaint; 3) Civil Cover Sheet; 4) Notice Option to Consent to Magistrate Judge Jurisdiction; 5) Notice of Assignment of Case; 6) Joint Proposed Civil Case Management Plan, on *(date)* Saturday, February 22, 2025 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $.

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

Rodrick Green

*Printed name and title*

Medley Serves & Investigations, LLC
41 Schermerhorn Street Suite 318, Brooklyn , NY 11201

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Feb 18, 2025, 7:32 pm EST at 9154 113th STREET, RICHMOND HILL, NY 11418
No answer at door

2) Successful Attempt: Feb 22, 2025, 11:36 am EST at 9154 113th STREET, RICHMOND HILL, NY 11418 received by LAKHVINDER SINGH. Age: 50s; Ethnicity: Middle Eastern; Gender: Male; Weight: 200; Height: 6'; Hair: Black;
.