AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-CV-00776-NCM-VMS

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* TOPLINE NYC, INC. was received by me on *(date)* February 13, 2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* JAVIER CRUZ, Employee , who is designated by law to accept service of process on behalf of *(name of organization)* TOPLINE NYC, INC. the following documents: 1) Issued Summons; 2) Complaint; 3) Civil Cover Sheet; 4) Notice Option to Consent to Magistrate Judge Jurisdiction; 5) Notice of Assignment of Case; 6) Joint Proposed Civile Case Management Plan. on *(date)* Tuesday, February 18, 2025 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $.

I declare under penalty of perjury that this information is true.

Date: 2/19/25

_____
*Server's signature*

Robert Lawson
_____
*Printed name and title*

Medley Serves & Investigations, LLC
41 Schermerhorn Street Suite 318, Brooklyn , NY 11201
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Feb 18, 2025, 2:53 pm EST at CORPORATE: 118-14 ROCKAWAY BOULEVARD, SOUTH OZONE PARK, NY 11420 received by JAVIER CRUZ as Employee. Age: 40s; Ethnicity: Hispanic; Gender: Male; Weight: 160s; Height: 5'7"; Hair: Black; Eyes: Black;
.