UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
JOGINDER SINGH,                                             Case No.: 1:25-cv-00776

                   Plaintiff,

    -against-                                                **CORPORATE DISCLOSURE STATEMENT**

TOPLINE NYC CONTRACTING INC.,
TOPLINE NYC INC., GURPREET SINGH, and
LAKHVINDER SINGH,

                  Defendants.
---------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants Topline NYC Contracting Inc. and Topline NYC Inc. ("defendants") declare as follows:

There are *no* publicly held corporations that own 10% or more of defendants' stock or interest.

Dated:  Mount Vernon, NY
          March 24, 2025

*Lila Ayers*
LILA AYERS, ESQ.
Attorney for Defendants
8 East Prospect Avenue, Suite A1
Mount Vernon, NY 10550
(914) 699-5220
lilaayerslaw@aol.com