UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X   Case No. 1:25-cv-00776
JOGINDER SINGH,

                              Plaintiff,   **NOTICE OF INTENT TO SERVE SUBPOENA TO PRODUCE DOCUMENTS**

   -against-

TOPLINE NYC CONTRACTING INC.,
TOPLINE NYC INC., GURPREET SINGH,
and LAKHVINDER SINGH,

                              Defendants.
------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure that plaintiff intends to serve the attached subpoena to produce documents on or after April 8, 2025 on the following:

Capital One
Attn: 12070-7000 (Subpoena Dept.)
15000 Capital One Drive
Richmond, VA 23238-1119

Dated:  Mount Vernon, NY
         April 1, 2025

                                                   *Lila Ayers*

                                                   LILA AYERS, ESQ.
                                                   Attorney for Defendants
                                                   8 East Prospect Avenue, Suite A1
                                                   Mount Vernon, NY 10550
                                                   (914) 699-5220
                                                   lilaayerslaw@aol.com