**Lila Ayers, Esq.**
8 East Prospect Avenue, Suite A1
Mount Vernon, NY 10550
(914) 699-5220
lilaayerslaw@aol.com

April 2, 2025

<u>Via ECF</u>

Hon. Vera M. Scanlon, U.S.M.J.
United States District Court
   Eastern District of New York

      Re:    Singh v. Topline NYC Contracting Inc., et al.
             Case no. 1:25-CV-00776

Dear Magistrate Judge Scanlon:

      This office represents defendants.

      I am sorry to bother your Honor, but I need your assistance in removing a document I e-filed yesterday, April 1, 2025.  I e-filed a Notice of Intention to Serve a Subpoena (Doc. 14).  Plaintiff's attorney, Emanuel Kataev, Esq. then emailed me and stated that the notice should be removed as the parties have not had a Rule 16 conference yet.

      I told him that I would have the notice removed.  I called the Clerk's office and was told they could not remove a docket item without an order from a judge.  Thus, I am sending your Honor this letter.

      Thank you for your attention to this.

                                        Very truly yours,

                                        *Lila Ayers*

                                        Lila Ayers

cc: Emmanuel Kaaev, Esq.