

ProcDate: 2021/01/19
AccountNum: ******2087
CheckAmt: 14,010.00
SerialNum: 4110
MflmSeqNum: 400124274

ProcDate: 2021/01/19
AccountNum: ******2087
CheckAmt: 14,010.00
SerialNum: 4110
MflmSeqNum: 400124274

Capital One N.A.                    **WITHDRAWAL TICKET** | Capital One, N.A. Richmond VA 065000090

NAME *Taphima NIK Contingly DC* DATE *2/12/21* | 46606UGM6220620210212000075438301

*Jogandon Jogly*
CLIENT(S) SIGNATURE

ACCOUNT NO. *75289 12087*    AMOUNT WITHDRAWN $ *9000.00*

⑆500001664⑆    8790

>065000090<
**CAPITAL ONE, NA**
0066845398        02122021
**RICHMOND, VA 033 0**
Deposit      078206

ProcDate:  2021/02/12
AccountNum:  ******2087
CheckAmt:    9,000.00
SerialNum:  8790
MflmSeqNum:  6600845398

ProcDate:  2021/02/12
AccountNum:  ******2087
CheckAmt:    9,000.00
SerialNum:  8790
MflmSeqNum:  6600845398



ProcDate:  2021/03/29
AccountNum:  ******2087
CheckAmt:  6,000.00
SerialNum:  1483
MflmSeqNum:  2100276906

ProcDate:  2021/03/29
AccountNum:  ******2087
CheckAmt:  6,000.00
SerialNum:  1483
MflmSeqNum:  2100276906



ProcDate:  2021/11/30
AccountNum:  ******2087
CheckAmt:  6,000.00
SerialNum:  6344
MflmSeqNum:  6400488142

ProcDate:  2021/11/30
AccountNum:  ******2087
CheckAmt:  6,000.00
SerialNum:  6344
MflmSeqNum:  6400488142

NAME *Tophmt Nyc Cent*   DATE *12/03/21*

CUSTOMER SIGNATURE

CAP4108 (R 12/20)

ACCOUNT NO. *75289120 87*

**WITHDRAWAL TICKET**

AMOUNT WITHDRAWN

$ *6,500.00*

1:50000 1664:   0045

46606EGA97311202112030000075189136

>065000090<

**CAPITAL ONE, NA**
0086038470      12032021
RICHMOND, VA 020 0
**Deposit**      078211

*Done*

ProcDate:  2021/12/03
AccountNum:  ******2087
CheckAmt:   6,500.00
SerialNum:  45
MflmSeqNum:  8600038470

ProcDate:  2021/12/03
AccountNum:  ******2087
CheckAmt:   6,500.00
SerialNum:  45
MflmSeqNum:  8600038470



ProcDate:  2021/12/17
AccountNum:  ******2087
CheckAmt:   6,000.00
SerialNum:  2363
MflmSeqNum:  6400131914

ProcDate:  2021/12/17
AccountNum:  ******2087
CheckAmt:   6,000.00
SerialNum:  2363
MflmSeqNum:  6400131914

TOPLINE NYC CONTRACTING INC.
9219 101ST AVE
OZONE PARK, NY 11416

0146

Pay to the order of   Surjeet Kaur                 | $ 32.85.00

Three thousand Two hundred eighty five.           Dollars

CAPITAL ONE, N.A.

for  country                        Joginder Singh

JOGINDER'S.
WIFE

ProcDate:  2022/01/21
AccountNum:  ******2087
CheckAmt:   3,285.00
SerialNum:  146
MflmSeqNum:  9300633166

ProcDate:  2022/01/21
AccountNum:  ******2087
CheckAmt:   3,285.00
SerialNum:  146
MflmSeqNum:  9300633166

TOPLINE NYC CONTRACTING INC.
8219 101ST AVE
OZONE PARK, NY 11416

Date 01-24-2022

Pay to the order of ___Surjit Kaur___    $ 3000.00

Three Thousand only    Dollars

CAPITAL ONE, N.A.

For _____    Joginder Singh

⑆000211⑆ ⑈065000090⑈752 84 1208 7⑉

JOGINDER'S
WIFE

ProcDate: 2022/01/24
AccountNum: ******2087
CheckAmt: 3,000.00
SerialNum: 211
MflmSeqNum: 9000954078

ProcDate: 2022/01/24
AccountNum: ******2087
CheckAmt: 3,000.00
SerialNum: 211
MflmSeqNum: 9000954078

TOPLINE NYC CONTRACTING INC.
0210 101ST AVE
OZONE PARK, NY 11416

0210

Date 01-24-2022

Pay to the order of Joginder Singh                    $ 3500

Three Thousand Five hundred only                              Dollars

CAPITAL ONE, N.A.

For                                              Joginder Singh

⑈000210⑈ ⑆065000090⑆4752 89 1208 7⑈

>021407912<
CAPITAL ONE, NA
0090592082        01242022
RICHMOND, VA 330 0
360 RDC   Deposit        3028437182

ProcDate: 2022/01/24
AccountNum: ******2087
CheckAmt:   3,500.00
SerialNum: 210
MflmSeqNum: 9000592082

ProcDate: 2022/01/24
AccountNum: ******2087
CheckAmt:   3,500.00
SerialNum: 210
MflmSeqNum: 9000592082



0237

**TOPLINE NYC CONTRACTING INC.**
9219 101ST AVE
OZONE PARK, NY 11416

Date 03-25-2022

Pay to the Order of _Joginder Singh_    $ 6500.00

_Six Thousand Five hundred only_    Dollars

CAPITAL ONE, N.A.

For _____

⑈000237⑈ ⑈065000090⑈752 89 1208 7⑈

>021407912<
CAPITAL ONE, NA
0072591174       03252022
RICHMOND, VA 056 0
360 RDC   Deposit      3028437152

ProcDate: 2022/03/25
AccountNum: ******2087
CheckAmt:   6,500.00
SerialNum: 237
MflmSeqNum: 7200591174

ProcDate: 2022/03/25
AccountNum: ******2087
CheckAmt:   6,500.00
SerialNum: 237
MflmSeqNum: 7200591174

0236

**TOPLINE NYC CONTRACTING INC.**
9219 101ST AVE
OZONE PARK, NY 11416

Date 03-28-2022

Pay to the Order of _Surjit Kaur_    $ 6500.00

_Six Thousand Five hundred only_    Dollars

CAPITAL ONE, N.A.

For _____

⑈000236⑈ ⑈065000090⑈752 89 1208 7⑈

JOGINDER'S.
WIFE

823108045309 115650  20220328 000000007528912087
TRN_DEBIT SBARAT   6500.00
Latham 0823 87018 8231 0001 0029

ProcDate: 2022/03/28
AccountNum: ******2087
CheckAmt:   6,500.00
SerialNum: 236
MflmSeqNum: 8400192710

ProcDate: 2022/03/28
AccountNum: ******2087
CheckAmt:   6,500.00
SerialNum: 236
MflmSeqNum: 8400192710

WITHDRAWAL TICKET

NAME _Jogindel Singh Topline_    DATE _05-18-2022_

_Jogindel Smgl_
CLIENT(S) SIGNATURE

ACCOUNT NO. *7 5 2 8 9 1 2 0 8 7    AMOUNT WITHDRAWN $ ——— 2 0 0 0 . 0 0

⑆50000 1664⑈    4498

Capital One, N.A. Richmond VA 065000090

46534MBP90802202205180000711180038

>065000090<
CAPITAL ONE, NA
0050163818        05182022
RICHMOND, VA 012 0
Deposit        069202

ProcDate:  2022/05/18
AccountNum:  ******2087
CheckAmt:   2,000.00
SerialNum:  0
MflmSeqNum:  5000163818

ProcDate:  2022/05/18
AccountNum:  ******2087
CheckAmt:   2,000.00
SerialNum:  0
MflmSeqNum:  5000163818



## Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 664 |
| **Amount:** | $2,500.00 |
| **Date Posted:** | Wednesday, July 6, 2022 |

**WITHDRAWAL TICKET**

NAME _Joginder Singh_          DATE _07/06/2022_

_Joginder Singh_
CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.

\* 7 5 28 9 1 2 0 8 7

AMOUNT WITHDRAWN

$ 2,500 00

⑈50000 l 664⑈          0664



## Customer withdrawal

**Account:**         Business Basic Checking ...2087
**Check Number:**    2602
**Amount:**          $1,500.00
**Date Posted:**     Monday, July 25, 2022

---

**WITHDRAWAL TICKET**

*Capital One*

NAME  *Joginder Singh*          DATE 7-23-2022

*Jogindel Singh*
CLIENT(S) SIGNATURE

ACCOUNT NO.                          AMOUNT WITHDRAWN

* – 75 289 12087                    $ 1500.—

⑊50000 1684⑊                       2602



## Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 4638 |
| **Amount:** | $2,000.00 |
| **Date Posted:** | Monday, August 8, 2022 |

CapitalOne                                              **WITHDRAWAL TICKET**

NAME _Topeline NYC contracting_ DATE _8-8-2022_

_Joginder Singh_        _Joginder Singh_

CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.                                    AMOUNT WITHDRAWN

**＊   7 5 2 8 9 1 2 0 8 7**          $ — 2 0 0 0 —

⑆5 0 0 0 0 1 6 6 4⑆                        4 6 3 8



## Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 12 |
| **Amount:** | $2,000.00 |
| **Date Posted:** | Thursday, August 18, 2022 |

**WITHDRAWAL TICKET**

NAME _Joginder Singh_ DATE _8-18-2022_

_Joginder Singh_
CLIENT(S)-SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO. *  7 5 2 8 9   1 2 0 8 7

AMOUNT WITHDRAWN  $ 2 0 0 0

⑆ 5 0 0 0 0 1 6 6 4 ⑆          0 0 1 2

Capital One Account Details and Transactions



## Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 6901 |
| **Amount:** | $2,000.00 |
| **Date Posted:** | Tuesday, August 30, 2022 |

CapitalOne

**WITHDRAWAL TICKET**

NAME _Joginder Singh_    DATE _8-30-2022_

_Joginder Sing_
CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.
\* 7 5 2 8 9 1 2 0 8 7

AMOUNT WITHDRAWN
$ —2 0 0 0—

⑆500016641⑆      6901

Capital One | Account Details and Transactions



## Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 2488 |
| **Amount:** | $2,000.00 |
| **Date Posted:** | Monday, September 12, 2022 |

WITHDRAWAL TICKET

NAME _Joginder Singh_    DATE _9-10-2022_

_Joginder Singh_
CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.

\* 7528912087

AMOUNT WITHDRAWN

$ 2000

⑈50001664⑈    2488



## Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 8509 |
| **Amount:** | $2,500.00 |
| **Date Posted:** | Tuesday, September 20, 2022 |

**WITHDRAWAL TICKET**

NAME _Joginder Singh_       DATE _09-20-2022_

_Joginder Singh_

CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO. *    75 289 12 087        AMOUNT WITHDRAWN   $ —— 2500 ——

⑈50000 1664⑈                                    8509



## Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 9106 |
| **Amount:** | $2,000.00 |
| **Date Posted:** | Monday, October 3, 2022 |

---

**WITHDRAWAL TICKET**

NAME _Joginder Singh_          DATE _10-01-2022_

_Joginder Singh_

CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.

✱ 752891 2087

AMOUNT WITHDRAWN

$ — 2000 —

⑆50000 1664⑆          9106



## Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 3933 |
| **Amount:** | $2,200.00 |
| **Date Posted:** | Tuesday, October 11, 2022 |

CapitalOne

NAME    *Joginder Singh*
        *Joginder Singh*
        CLIENT(S) SIGNATURE

**WITHDRAWAL TICKET**

DATE 10-08-2022

CAP-0100 (R 12/20)

ACCOUNT NO.
\* 752891 2087
⑆500001664⑆

AMOUNT WITHDRAWN
$ —2200—
3933

Capital One, N.A. Richmond VA 065000090

46534GWP41508202210110000075195048

>065000090<
**CAPITAL ONE, NA**
**0060135814          10112022**
**RICHMOND, VA 011 0**
**360    Deposit        3028437152**

Capital One | Account Details and Transactions



## Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 3368 |
| **Amount:** | $2,500.00 |
| **Date Posted:** | Monday, October 17, 2022 |

CapitalOne

**WITHDRAWAL TICKET**

NAME _Jogindee Singh_  DATE _017-2022_

_Jogndee Songh_
CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.
*— 7 5 2 8 9 1 2 0 8 7

AMOUNT WITHDRAWN
$ — 2 5 0 0 —

⑆500016664⑆        3368



## Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 9663 |
| **Amount:** | $2,000.00 |
| **Date Posted:** | Wednesday, November 23, 2022 |

---

**WITHDRAWAL TICKET**

NAME _Joginder Singh_          DATE _11-23-2022_

_Jogundee Singh_
CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.
* 7 5 2 8 9 1 2 0 8 7

AMOUNT WITHDRAWN
$ 2 0 0 0 —

⑆500001664⑆          9663

Case 1:25-cv-00776-NCM-VMS    Document 16-2    Filed 04/08/25    Page 23 of 27 PageID #: 143



## Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 8741 |
| **Amount:** | $2,000.00 |
| **Date Posted:** | Tuesday, December 27, 2022 |

**WITHDRAWAL TICKET**

NAME _Joginder Singh_        DATE _12-27-2022_

_Joginder Singh_
CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.
\* — 7 5 2 8 9 1 2 0 8 7

⑁5000 16664⑁

AMOUNT WITHDRAWN
$ — 2 000 —

8741

11/6/23, 8:51 AM

https://myaccounts.capitalone.com/SBBank/0ON8eFie80cE3S9S6VUORcxw6zwYctl03tkup5kmoT4UM=

Capital One | Account Details and Transactions



## Paid Check

| | |
|---|---|
| Account: | Business Basic Checking ...2087 |
| Check Number: | 1103 |
| Amount: | $18,500.00 |
| Date Posted: | Friday, January 27, 2023 |



TOPLINE NYC CONTRACTING INC.
9219 101ST AVE
OZONE PARK, NY 11416

Date: 1-27-2023

Pay to the order of _Joginder Singh_      $ 18500/

_Eighteen thousand five hundred only_     Dollars

CAPITAL ONE, N.A.

For _____

Joginder Singh

⑈00⑈1031⑈ ⑆065000090⑆752  84 1208 7⑆

1103



## Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 7815 |
| **Amount:** | $1,800.00 |
| **Date Posted:** | Monday, February 13, 2023 |

WITHDRAWAL TICKET

NAME _Joginder Singh_          DATE _2-11-2023_

_Joginder Singh_

CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.

＊  7 5 2 8 9 1 2 0 8 7

AMOUNT WITHDRAWN

$ 1 8 0 0

⑈500016664⑈          7815



## Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 8568 |
| **Amount:** | $2,000.00 |
| **Date Posted:** | Monday, April 24, 2023 |

WITHDRAWAL TICKET

NAME _Joginder Singh_ DATE 04-22-2023

_Joginder Singh_
CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO. 7528912087   AMOUNT WITHDRAWN $ 2000 00

⑆500016664⑆   8568



## Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 9869 |
| **Amount:** | $6,800.00 |
| **Date Posted:** | Monday, October 30, 2023 |

WITHDRAWAL TICKET

NAME _Jogindel Singh_      DATE @ _10-28-2023_

_Jogindel Singh_
CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.
✱  752891 2087

AMOUNT WITHDRAWN
$ — 6800 —

⑆50000 1664⑆                9869