**Lila Ayers, Esq.**
**8 East Prospect Avenue, Suite A1**
**Mount Vernon, NY 10550**
**(914) 699-5220**
**lilaayerslaw@aol.com**

April 15, 2025

*Via ECF*

Hon. Vera M. Scanlon, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11021

      **Re:**    **Singh v. Topline NYC Contracting Inc., et al.**
               **1:25-cv-00776-NCM-VMS**

Dear Judge Scanlon:

      I am writing to request an adjournment of the Rule 26(f) meeting set for Thursday, April 17, 2025 at 4 pm.

      The reason for my request is that I received a call earlier today that I had an appointment with a neurosurgeon for a spine issue at the same time as the meeting and if I miss the doctor's appointment, it will be a month or more before I can get another one.

      I notified Mr. Kataev, plaintiff's counsel of this, he asked if Friday was okay for an adjournment. Unfortunately, it was not, nor is Monday, April 21. Any day or time between April 22-25 is fine. Mr. Kataev also suggested I reach out to Mia, which I did. I also sent to Mr. Kataev, a proposed scheduling order as a starting point of discussion.

      I know your Honor ordered the parties prepare a proposed scheduling order by the 21st, nevertheless, I believe it will be finished well before the scheduled conference on April 30th.

      This is my first and only request for an adjournment.

                                              Very truly yours,

                                              *Lila Ayers*

                                              Lila Ayers

cc:    Emanuel Kataev