UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOGINDER SINGH,	Case no. 1:25-cv-00776-NCM-VMS

                Plaintiff,	**NOTICE OF APPEARANCE**

   -against-

TOPLINE NYC CONTRACTING INC., TOPLINE NYC INC., GURPREET SINGH, and LAKHVINDER SINGH,

               Defendants.
----------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that the undersigned appears as attorney for defendants TOPLINE NYC CONTRACTING INC., TOPLINE NYC INC., GURPREET SINGH, and LAKHVINDER SINGH.

Dated:  White Plains, NY
        April 24, 2025

                          *Srdjan Milenkovic*
                          Srdjan Milenkovic, Esq.
                          Milenkovic Law Group PLLC
                          Attorneys for Defendants
                          44 South Broadway, Suite 100
                          White Plains, NY 10601
                          (914) 202-0610
                          serge@milenkolaw.com