

Srdjan Milenkovic
44 South Broadway, Suite 100
White Plains, NY 10601
Phone: 914-202-0610
Fax:    914-214-5466
Email:  serge@milenkolaw.com

May 1, 2025

*Via ECF*

Hon. Vera M. Scanlon, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11021

          Re:      Singh v. Topline NYC Contracting Inc., et al.
                    1:25-cv-00776-NCM-VMS

Dear Judge Scanlon:

      Your Honor order defendants to respond to plaintiff's motion for sanctions (Doc. 18). Please note that Lila Ayers, Esq., my co-counsel timely filed opposition on December 12, 2025 (Doc. 19). Copy annexed Exhibit A.

      In that letter Lila requested the Court remove the offending document (Exhibit C). As an aid to the Court, I have redacted the offending material to replace Exhibit C. See, Exhibit B.

      Thank you for your attention.

                                    Very truly yours,

                                    Srdjan Milenkovic

cc:  Emanuel Kataev. Esq.