

ProcDate:  2021/01/19
AccountNum:  ******2087
CheckAmt:  14,010.00
SerialNum:  4110
MflmSeqNum:  400124274

ProcDate:  2021/01/19
AccountNum:  ******2087
CheckAmt:  14,010.00
SerialNum:  4110
MflmSeqNum:  400124274



ProcDate:  2021/02/12
AccountNum:  ******2087
CheckAmt:   9,000.00
SerialNum:  8790
MflmSeqNum:  6600845398

ProcDate:  2021/02/12
AccountNum:  ******2087
CheckAmt:   9,000.00
SerialNum:  8790
MflmSeqNum:  6600845398



ProcDate: 2021/03/29
AccountNum: ******2087
CheckAmt:   6,000.00
SerialNum: 1483
MflmSeqNum: 2100276906

ProcDate: 2021/03/29
AccountNum: ******2087
CheckAmt:   6,000.00
SerialNum: 1483
MflmSeqNum: 2100276906



NAME *Telephone My Comst inn*    DATE 11/30/021

WITHDRAWAL TICKET    46606YOJ322082021113000076042205

ACCOUNT NO.

AMOUNT WITHDRAWN    $ 6000.00

⑆500001664⑆    6344

ProcDate: 2021/11/30
AccountNum: ******2087
CheckAmt:  6,000.00
SerialNum: 6344
MflmSeqNum: 6400488142

ProcDate: 2021/11/30
AccountNum: ******2087
CheckAmt:  6,000.00
SerialNum: 6344
MflmSeqNum: 6400488142



NAME *Top kmt Nyc cont*   DATE *12/03/2021*

WITHDRAWAL TICKET

46606EGA97311202112030000075189136

CLIENTS SIGNATURE

AMOUNT WITHDRAWN

$   *6500 00*

0045

ProcDate: 2021/12/03
AccountNum: ******2087
CheckAmt:   6,500.00
SerialNum: 45
MflmSeqNum: 8600038470

ProcDate: 2021/12/03
AccountNum: ******2087
CheckAmt:   6,500.00
SerialNum: 45
MflmSeqNum: 8600038470



ProcDate: 2021/12/17
AccountNum: ******2087
CheckAmt:  6,000.00
SerialNum: 2363
MflmSeqNum: 6400131914

ProcDate: 2021/12/17
AccountNum: ******2087
CheckAmt:  6,000.00
SerialNum: 2363
MflmSeqNum: 6400131914



TOPLINE NYC CONTRACTING INC.
9210 101ST AVE
OZONE PARK, NY 11418

0146

Date: JAN 13, 2022

Pay to the order of: Surjeet Kaur                    $ 3285.00

Three thousand Two hundred eighty five. Dollars

CAPITAL ONE, N.A.

For: commsn                    Joginder Singh

JOGINDER'S WIFE

ProcDate:  2022/01/21
AccountNum:  ******2087
CheckAmt:  3,285.00
SerialNum:  146
MflmSeqNum:  9300633166

ProcDate:  2022/01/21
AccountNum:  ******2087
CheckAmt:  3,285.00
SerialNum:  146
MflmSeqNum:  9300633166

TOPLINE NYC CONTRACTING INC.
0219 101ST AVE
OZONE PARK, NY 11416

Date 01-24-2022

Pay to the order of ___Surjit Kaur___ $ 3000.00

___Three Thousand only___ Dollars

CAPITAL ONE, N.A.

For _____

Joginder Singh

JOGINDER'S
WIFE

ProcDate:  2022/01/24
AccountNum:  *****2087
CheckAmt:   3,000.00
SerialNum:  211
MflmSeqNum:  9000954078

ProcDate:  2022/01/24
AccountNum:  *****2087
CheckAmt:   3,000.00
SerialNum:  211
MflmSeqNum:  9000954078



ProcDate: 2022/01/24
AccountNum: ******2087
CheckAmt: 3,500.00
SerialNum: 210
MflmSeqNum: 9000592082

ProcDate: 2022/01/24
AccountNum: ******2087
CheckAmt: 3,500.00
SerialNum: 210
MflmSeqNum: 9000592082



0237

TOPLINE NYC CONTRACTING INC.
9219 101ST AVE
OZONE PARK, NY 11416

Date 03-25-2022

Pay to the order of Joginder Singh                    $ 6500.00

Six Thousand Five hundred only                    Dollars

CAPITAL ONE, N.A.

For _____

ProcDate:  2022/03/25
AccountNum:  ******2087
CheckAmt:   6,500.00
SerialNum:  237
MflmSeqNum:  7200591174

ProcDate:  2022/03/25
AccountNum:  ******2087
CheckAmt:   6,500.00
SerialNum:  237
MflmSeqNum:  7200591174

0236

TOPLINE NYC CONTRACTING INC.
9219 101ST AVE
OZONE PARK, NY 11416

Date 03-28-2022

Pay to the order of Surjit Kaur                    $ 6500.00

Six Thousand Five hundred only                    Dollars

CAPITAL ONE, N.A.

For _____

JOGINDER'S.
WIFE

ProcDate:  2022/03/28
AccountNum:  ******2087
CheckAmt:   6,500.00
SerialNum:  236
MflmSeqNum:  8400192710

ProcDate:  2022/03/28
AccountNum:  ******2087
CheckAmt:   6,500.00
SerialNum:  236
MflmSeqNum:  8400192710



ProcDate: 2022/05/18
AccountNum: ******2087
CheckAmt: 2,000.00
SerialNum: 0
MflmSeqNum: 5000163818

ProcDate: 2022/05/18
AccountNum: ******2087
CheckAmt: 2,000.00
SerialNum: 0
MflmSeqNum: 5000163818



## Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 664 |
| **Amount:** | $2,500.00 |
| **Date Posted:** | Wednesday, July 6, 2022 |

**WITHDRAWAL TICKET**

NAME  Joginder Singh          DATE 07/06/2022

Jogindol Singh

CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.

AMOUNT WITHDRAWN

$ 2,500 00

⑈500001664⑈          0664



## Customer withdrawal

**Account:**         Business Basic Checking ...2087
**Check Number:**    2602
**Amount:**          $1,500.00
**Date Posted:**     Monday, July 25, 2022

WITHDRAWAL TICKET

NAME _Joginder Singh_          DATE _7-23-2022_

_Jogindel Singh_
CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.                    AMOUNT WITHDRAWN

█████████████████             $ 1500.0 —

⑆50000 1664⑆                         2602

Capital One | Account Details and Transactions



## Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 4638 |
| **Amount:** | $2,000.00 |
| **Date Posted:** | Monday, August 8, 2022 |

---

WITHDRAWAL TICKET

NAME _Topeline NYc contracting_ DATE 8-8-2022

_Jeginder Singh_     _Joginder Singh_

CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO

⑈50000 1664⑈

AMOUNT WITHDRAWN

$ ——— 2000 ———

4638



## Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 12 |
| **Amount:** | $2,000.00 |
| **Date Posted:** | Thursday, August 18, 2022 |

WITHDRAWAL TICKET

NAME _Jooginder Singh_     DATE _8-18-2022_

_Jooginder Singh_
CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO

AMOUNT WITHDRAWN

$ _2000_

⑆500001664⑆     0012

Capital One Account Details and Transactions



## Customer withdrawal

**Account:**            Business Basic Checking ...2087
**Check Number:**   6901
**Amount:**             $2,000.00
**Date Posted:**      Tuesday, August 30, 2022

WITHDRAWAL TICKET

NAME _Joginder Singh_                      DATE _8-30-2022_

_Joginder Sugh_
CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.

AMOUNT WITHDRAWN

$ —— 2 0 0 0 ——

⑆500001664⑆         6901



## Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 2488 |
| **Amount:** | $2,000.00 |
| **Date Posted:** | Monday, September 12, 2022 |

CapitalOne

WITHDRAWAL TICKET

NAME _Joginder Singh_    DATE _9-10-2022_

_Joginder Singh_
CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.

⁘ ⑆500001664⑆

AMOUNT WITHDRAWN

$ _2000_

2488



## Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 8509 |
| **Amount:** | $2,500.00 |
| **Date Posted:** | Tuesday, September 20, 2022 |

Capital One

**WITHDRAWAL TICKET**

NAME _Joginder Singh_         DATE _09-20-2022_

_Joginder Singh_

CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.

⑆50000 1664⑆

AMOUNT WITHDRAWN

$ —— 2500 ——

8509



## Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 9106 |
| **Amount:** | $2,000.00 |
| **Date Posted:** | Monday, October 3, 2022 |

WITHDRAWAL TICKET

NAME _Joginder Singh_    DATE _10-01-2022_

_Joginder Singh_

CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.

AMOUNT WITHDRAWN

$ — 2000 —

⑈500001664⑈    9106

Capital One | Account Details and Transactions



## Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 3933 |
| **Amount:** | $2,200.00 |
| **Date Posted:** | Tuesday, October 11, 2022 |

---

**Capital**One

**WITHDRAWAL TICKET**

NAME        *Joginder Singh*
            *Joginder Singh*
                    CLIENT(S) SIGNATURE

DATE 10-08-2022

CAP-0100 (R 12/20)

ACCOUNT NO.
❋ ▓▓▓▓▓▓▓▓▓▓▓

⑈500001664⑈

AMOUNT WITHDRAWN

$ ——2200——

3933



## Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 3368 |
| **Amount:** | $2,500.00 |
| **Date Posted:** | Monday, October 17, 2022 |

WITHDRAWAL TICKET

NAME _Jogindee Singh_    DATE _10-17-2022_

_Jogndee Songh_
CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO

AMOUNT WITHDRAWN

$ 2500

⑁500001884⑁    3368



## Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 9663 |
| **Amount:** | $2,000.00 |
| **Date Posted:** | Wednesday, November 23, 2022 |

WITHDRAWAL TICKET

NAME _Joginder Singh_    DATE _11-23-2022_

_Joginder Singh_
CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO. ████████████

AMOUNT WITHDRAWN

$ _2000 —_

⑆50000 1664⑆         9663



# Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 8741 |
| **Amount:** | $2,000.00 |
| **Date Posted:** | Tuesday, December 27, 2022 |

**WITHDRAWAL TICKET**

NAME _Joginder Singh_   DATE _12-27-2022_

_Joginder Singh_
CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.

AMOUNT WITHDRAWN

$ — 2 000 —

⑆500016664⑆   8741

11/6/23, 8:51 AM

Capital One | Account Details and Transactions

https://myaccounts.capitalone.com/3BBank/0ON8eFie8oE3S9S6YUORcowr6zwYctl03kup5kmoT4UM=

## Paid Check

| | |
|---|---|
| Account: | Business Basic Checking ...2087 |
| Check Number: | 1103 |
| Amount: | $18,500.00 |
| Date Posted: | Friday, January 27, 2023 |



TOPLINE NYC CONTRACTING INC.
9219 101ST AVE
OZONE PARK, NY 11416

Pay to the order of _Joginder Singh_

_Eighteen thousand five hundred only_ Dollars

CAPITAL ONE, N.A.

For _____

Date _1-27-2023_

$ _18500/_

_Joginder Singh_

1103



## Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 7815 |
| **Amount:** | $1,800.00 |
| **Date Posted:** | Monday, February 13, 2023 |

**WITHDRAWAL TICKET**

NAME _Joginder Singh_       DATE _2-11-2023_

_Joginder Singh_
CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.       AMOUNT WITHDRAWN

$ _1 800_

⑆500001664⑆       7815



## Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 8568 |
| **Amount:** | $2,000.00 |
| **Date Posted:** | Monday, April 24, 2023 |

**WITHDRAWAL TICKET**

NAME Joginder Singh          DATE 04-22-2023

Joginder Singh
CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.                    AMOUNT WITHDRAWN

⁂ ▮▮▮▮▮▮▮▮▮▮▮           $ — 2000 00

⑊50000 1664⑊          8568



## Customer withdrawal

**Account:** Business Basic Checking ...2087
**Check Number:** 9869
**Amount:** $6,800.00
**Date Posted:** Monday, October 30, 2023

**WITHDRAWAL TICKET**

NAME Jogindel Singh  DATE 10-28-2023

Jogindel Singh
CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.

AMOUNT WITHDRAWN
$ 6800

⑆50000 1664⑆   9869