# STATE OF NEW YORK
# DEPARTMENT OF STATE

I hereby certify that the annexed copy for TOPLINE NYC CONTRACTING INC, File Number 181130010405 has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on April 02, 2025.

WALTER T. MOSLEY
Secretary of State

BRENDAN C. HUGHES
Executive Deputy Secretary of State

Authentication Number: 100007772365 To Verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov

# CERTIFICATE OF INCORPORATION
# OF
# TOPLINE NYC CONTRACTING INC

Under Section 402 of the Business Corporation Law

**FIRST:** The name of the corporation is:

**TOPLINE NYC CONTRACTING INC**

**SECOND:** This corporation is formed to engage in any lawful act or activity for which a corporation may be organized under the Business Corporation Law, provided that it is not formed to engage in any act or activity requiring the consent or approval of any state official, department, board, agency or other body without such consent or approval first being obtained.

**THIRD:** The county, within this state, in which the office of the corporation is to be located is QUEENS.

**FOURTH:** The total number and value of shares of common stock which the corporation shall have authority to issue is: 200 SHARES WITH NO PAR VALUE.

**FIFTH:** The Secretary of State is designated as agent of the corporation upon whom process against it may be served. The address within or without this state to which the Secretary of State shall mail a copy of any process against the corporation served upon him or her is:

TOPLINE NYC CONTRACTING INC
92-19 101 AVENUE
OZONE PARK, NY 11416

I certify that I have read the above statements, I am authorized to sign this Certificate of Incorporation, that the above statements are true and correct to the best of my knowledge and belief and that my signature typed below constitutes my signature.

JOGINDER SINGH  (signature)
_____
JOGINDER  SINGH, INCORPORATOR
92-19 101 AVENUE
OZONE PARK, NY 11416

**Filed by:**
THE CORPORATION
92-19 101 AVENUE
OZONE PARK, NY 11416

**FILED WITH THE NYS DEPARTMENT OF STATE ON: 11/30/2018
FILE NUMBER: 181130010405; DOS ID: 5451631**