

ProcDate:  2021/01/19
AccountNum:  ******2087
CheckAmt:  14,010.00
SerialNum:  4110
MflmSeqNum:  400124274

ProcDate:  2021/01/19
AccountNum:  ******2087
CheckAmt:  14,010.00
SerialNum:  4110
MflmSeqNum:  400124274



ProcDate:  2021/02/12
AccountNum:  ******2087
CheckAmt:   9,000.00
SerialNum:  8790
MflmSeqNum:  6600845398

ProcDate:  2021/02/12
AccountNum:  ******2087
CheckAmt:   9,000.00
SerialNum:  8790
MflmSeqNum:  6600845398



ProcDate: 2021/03/29
AccountNum: ******2087
CheckAmt: 6,000.00
SerialNum: 1483
MflmSeqNum: 2100276906

ProcDate: 2021/03/29
AccountNum: ******2087
CheckAmt: 6,000.00
SerialNum: 1483
MflmSeqNum: 2100276906



ProcDate: 2021/11/30
AccountNum: ******2087
CheckAmt: 6,000.00
SerialNum: 6344
MflmSeqNum: 6400488142

ProcDate: 2021/11/30
AccountNum: ******2087
CheckAmt: 6,000.00
SerialNum: 6344
MflmSeqNum: 6400488142



ProcDate: 2021/12/03
AccountNum: ******2087
CheckAmt: 6,500.00
SerialNum: 45
MflmSeqNum: 8600038470

ProcDate: 2021/12/03
AccountNum: ******2087
CheckAmt: 6,500.00
SerialNum: 45
MflmSeqNum: 8600038470



ProcDate:  2021/12/17
AccountNum:  ******2087
CheckAmt:   6,000.00
SerialNum:  2363
MflmSeqNum:  6400131914

ProcDate:  2021/12/17
AccountNum:  ******2087
CheckAmt:   6,000.00
SerialNum:  2363
MflmSeqNum:  6400131914



ProcDate:  2022/01/21
AccountNum:  ******2087
CheckAmt:    3,285.00
SerialNum:  146
MflmSeqNum:  9300633166

ProcDate:  2022/01/21
AccountNum:  ******2087
CheckAmt:    3,285.00
SerialNum:  146
MflmSeqNum:  9300633166

TOPLINE NYC CONTRACTING INC.
8219 101ST AVE
OZONE PARK, NY 11416

Date 01-24-2022

Pay to the order of _Surjit Kaur_    | $ 3000.00

_Three Thousand only_    Dollars

CAPITAL ONE, N.A.

For _____    Joginder Singh

JOGINDER'S WIFE

ProcDate: 2022/01/24
AccountNum: ******2087
CheckAmt: 3,000.00
SerialNum: 211
MflmSeqNum: 9000954078

ProcDate: 2022/01/24
AccountNum: ******2087
CheckAmt: 3,000.00
SerialNum: 211
MflmSeqNum: 9000954078



ProcDate: 2022/01/24
AccountNum: ******2087
CheckAmt:   3,500.00
SerialNum: 210
MflmSeqNum: 9000592082

ProcDate: 2022/01/24
AccountNum: ******2087
CheckAmt:   3,500.00
SerialNum: 210
MflmSeqNum: 9000592082



ProcDate: 2022/03/25
AccountNum: ******2087
CheckAmt: 6,500.00
SerialNum: 237
MflmSeqNum: 7200591174

ProcDate: 2022/03/25
AccountNum: ******2087
CheckAmt: 6,500.00
SerialNum: 237
MflmSeqNum: 7200591174

ProcDate: 2022/03/28
AccountNum: ******2087
CheckAmt: 6,500.00
SerialNum: 236
MflmSeqNum: 8400192710

ProcDate: 2022/03/28
AccountNum: ******2087
CheckAmt: 6,500.00
SerialNum: 236
MflmSeqNum: 8400192710

**WITHDRAWAL TICKET**

NAME _Joginder Singh Topline_   DATE _05-18-2022_

_Joginder Smgh_
CLIENT(S) SIGNATURE

AMOUNT WITHDRAWN
$ — _2000.00_

⑃500001664⑃           4491

Capital One, N.A. Richmond VA 065000090

46534MBP9080220220518000071180038

Capital One, N.A. Richmond VA

_Dave_

ProcDate:  2022/05/18
AccountNum:  ******2087
CheckAmt:    2,000.00
SerialNum:  0
MflmSeqNum:  5000163818

ProcDate:  2022/05/18
AccountNum:  ******2087
CheckAmt:    2,000.00
SerialNum:  0
MflmSeqNum:  5000163818

Case 1:25-cv-00776-NCM-VMS     Document 27-2     Filed 05/02/25     Page 12 of 27 PageID #: 219



## Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 664 |
| **Amount:** | $2,500.00 |
| **Date Posted:** | Wednesday, July 6, 2022 |

**WITHDRAWAL TICKET**

NAME _Joginder Singh_     DATE _07/06/2022_

_Jogindol Singh_

CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.

AMOUNT WITHDRAWN

$ 2,500 00

⑆50000I664⑉          0664



## Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 2602 |
| **Amount:** | $1,500.00 |
| **Date Posted:** | Monday, July 25, 2022 |

**WITHDRAWAL TICKET**

NAME _Joginder Singh_     DATE _7-23-2022_

_Jogindee Singh_
CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO. ████████████     AMOUNT WITHDRAWN
$ 1500.0

⑈50000 1664⑈     2602

Case 1:25-cv-00776-NCM-VMS    Document 27-2    Filed 05/02/25    Page 14 of 27 PageID #: 221



## Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 4638 |
| **Amount:** | $2,000.00 |
| **Date Posted:** | Monday, August 8, 2022 |

**WITHDRAWAL TICKET**

NAME _Tope line NYC contracting_ DATE 8-8-2022

_Joginder Singh_    _Jogmder Singh_

CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO

AMOUNT WITHDRAWN

$ 2000

⑆50000 1664⑆    4638



# Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 12 |
| **Amount:** | $2,000.00 |
| **Date Posted:** | Thursday, August 18, 2022 |

**WITHDRAWAL TICKET**

NAME _Joginder Singh_    DATE _8-18-2022_

_Joginder Singh_
CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.    AMOUNT WITHDRAWN

$ — 2000 —

⑈500001664⑈    0012



## Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 6901 |
| **Amount:** | $2,000.00 |
| **Date Posted:** | Tuesday, August 30, 2022 |

**WITHDRAWAL TICKET**

NAME _Joginder Singh_        DATE _8-30-2022_

_Joginder Sing_
CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.

AMOUNT WITHDRAWN

$ 2000

⑈50000₁6641⑈                6901

Case 1:25-cv-00776-NCM-VMS     Document 27-2     Filed 05/02/25     Page 17 of 27 PageID #: 224



## Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 2488 |
| **Amount:** | $2,000.00 |
| **Date Posted:** | Monday, September 12, 2022 |



## Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 8509 |
| **Amount:** | $2,500.00 |
| **Date Posted:** | Tuesday, September 20, 2022 |

**Capital One**

**WITHDRAWAL TICKET**

NAME _Joginder Singh_    DATE _09-20-2022_

_Joginder Singh_

CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.    AMOUNT WITHDRAWN

$ ——— 2500 ———

⑆500001664⑆    8509



## Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 9106 |
| **Amount:** | $2,000.00 |
| **Date Posted:** | Monday, October 3, 2022 |

**CapitalOne**                                                                    **WITHDRAWAL TICKET**

NAME _____Joginder Singh_____     DATE _10-01-2022_

_Joginder Singh_

CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.                                           AMOUNT WITHDRAWN

＊  ███████████████                          $ — 2000 —

⑈50000⑈6641⑈                                    9106



## Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 3933 |
| **Amount:** | $2,200.00 |
| **Date Posted:** | Tuesday, October 11, 2022 |

**Capital**One

**WITHDRAWAL TICKET**

NAME    *Joginder Singh*
*Joginder Singh*
CLIENT(S) SIGNATURE

DATE 10-08-2022

CAP-0100 (R 12/20)

ACCOUNT NO. ▓▓▓▓▓▓▓▓▓▓

⑈500001664⑈

AMOUNT WITHDRAWN

$ ——— 2200 ———

3933



## Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 3368 |
| **Amount:** | $2,500.00 |
| **Date Posted:** | Monday, October 17, 2022 |

**WITHDRAWAL TICKET**

NAME _Jogindel Singh_  DATE _07-7-2022_

_Jogndel Songh_
CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO

AMOUNT WITHDRAWN

$ — 2500 —

⑈50000⑈⑈⑈ ⑈ 3368



## Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 9663 |
| **Amount:** | $2,000.00 |
| **Date Posted:** | Wednesday, November 23, 2022 |

WITHDRAWAL TICKET

NAME _Joginder Singh_    DATE _11-23-2022_

_Joginder Singh_
CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO. ████████████████

AMOUNT WITHDRAWN

$ 2000 —

⑆500001664⑆    9663

Case 1:25-cv-00776-NCM-VMS    Document 37-2    Filed 05/02/25    Page 23 of 27 PageID #: 230



## Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 8741 |
| **Amount:** | $2,000.00 |
| **Date Posted:** | Tuesday, December 27, 2022 |

**WITHDRAWAL TICKET**

NAME _Joginder Singh_   DATE _12-27-2022_

_Joginder Singh_
CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.

AMOUNT WITHDRAWN

$ — 2 000 —

⑃500016641⑃            8741

https://myaccounts.capitalone.com/3BBank/0ON8eFie8oE3S9S6VUORcxwf6zwYctl03kup5kmoT4UM=



Capital One | Account Details and Transactions

## Paid Check

**Account:** Business Basic Checking ...2087

**Check Number:** 1103

**Amount:** $18,500.00

**Date Posted:** Friday, January 27, 2023



TOPLINE NYC CONTRACTING INC.
9219 101ST AVE
OZONE PARK, NY 11416

Pay to the order of    *Joginder Singh*

*Eighteen thousand five hundred only*    Dollars

CAPITAL ONE, N.A.

For

Date  1-27-2023

$ 18500/.

1103



## Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 7815 |
| **Amount:** | $1,800.00 |
| **Date Posted:** | Monday, February 13, 2023 |

**WITHDRAWAL TICKET**

NAME _Joginder Singh_    DATE _2-11-2023_

_Joginder Singh_
CLIENT(S) SIGNATURE

CAP-0100 (R-12/20)

ACCOUNT NO.

AMOUNT WITHDRAWN

$ _1 800_

⑆50000 1664⑆      7815



## Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 8568 |
| **Amount:** | $2,000.00 |
| **Date Posted:** | Monday, April 24, 2023 |

WITHDRAWAL TICKET

NAME _Joginder Singh_     DATE 04-22-2023

_Joginder Singh_
CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.

⚹ ▮▮▮▮▮▮▮▮▮

AMOUNT WITHDRAWN

$ 2000.00

⑈5OOOO1664⑈     8568



## Customer withdrawal

| | |
|---|---|
| **Account:** | Business Basic Checking ...2087 |
| **Check Number:** | 9869 |
| **Amount:** | $6,800.00 |
| **Date Posted:** | Monday, October 30, 2023 |

**WITHDRAWAL TICKET**

NAME _Jogindel Singh_   DATE _10-28-2023_

_Jogindel Singh_
CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.

AMOUNT WITHDRAWN

$ — 6800 —

⑇50000⑈6649⑇      9869