





NAME *Telephone My Cannot iou*    DATE 11/30/02

CLIENT(S) SIGNATURE

WITHDRAWAL TICKET

AMOUNT WITHDRAWN

$ *6000*

5344

*Done*

NAME *Topkant Nyc Cont*

DATE *12/23/22*

COUNTER SIGNATURE

**WITHDRAWAL TICKET**

AMOUNT WITHDRAWN

$ 6,500.00

0045

*Done*





TOPLINE NYC CONTRACTING INC.
9219 101ST AVE
OZONE PARK, NY 11416

0146

Date JAN 13, 2022

Pay to the order of  Surjeet Kaur                    $ 3,285.00

Three thousand Two hundred eighty five                Dollars

CAPITAL ONE, N.A.

For  Onweka                          Joginder Singh

**TOPLINE NYC CONTRACTING INC.**
8818 101ST AVE
OZONE PARK, NY 11416

0211

Date 01-24-2022

Pay to the order of _Surjit Kaur_    | $ 3000.00

_Three Thousand only_       Dollars

CAPITAL ONE, N.A.

For _____

_Jaginder Singh_



0237

**TOPLINE NYC CONTRACTING INC.**
9219 101ST AVE
OZONE PARK, NY  11416

Date 03-25-2022

Pay to the Order of _Joginder Singh_    $ 6500.00

_Six Thousand Five hundred only_    Dollars

CAPITAL ONE, N.A.

For _____

0236

**TOPLINE NYC CONTRACTING INC.**
9219 101ST AVE
OZONE PARK, NY  11416

Date 03-28-2022

Pay to the Order of _Surjit Kaur_    $ 6500.00

_Six Thousand Five hundred only_    Dollars

CAPITAL ONE, N.A.

For _____

WITHDRAWAL TICKET

NAME  Joginder Singh Topline    DATE  05-18-2022

Joginder Singh
CLIENT(S) SIGNATURE

AMOUNT WITHDRAWN

$ 2000 00

⑊50000⑊1664⑊         4491

Joginder Singh

Dave

Case 1:25-cv-00776-NCM-VMS     Document 27-3     Filed 05/02/25     Page 12 of 27 PageID #: 246



## Customer withdrawal



**WITHDRAWAL TICKET**

NAME Joginder Singh                    DATE 07/06/2022

Jogindol Singh

CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.                              AMOUNT WITHDRAWN

$   2,500 00



## Customer withdrawal



WITHDRAWAL TICKET

Capital One

NAME  _Joginder Singh_                    DATE  _7-23-2022_

_Jogudel Singh_
CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.

AMOUNT WITHDRAWN

$ _1500.0_

Case 1:25-cv-00776-NCM-VMS    Document 27-3    Filed 05/02/25    Page 14 of 27 PageID #: 248



## Customer withdrawal

**WITHDRAWAL TICKET**

NAME _Tope line NYC contracting_ DATE 8-8-2022

_Tejinder Singh_        _Jogmder Singh_

CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO. ▮▮▮▮▮▮▮

AMOUNT WITHDRAWN

$ —2000—



## Customer withdrawal



## Customer withdrawal



WITHDRAWAL TICKET

NAME _Joginder Singh_ DATE _8-30-2022_

_Joginder Singh_
CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.

AMOUNT WITHDRAWN

$ — 2 0 0 0 —



## Customer withdrawal



WITHDRAWAL TICKET

NAME _____ Joginder Singh _____        DATE 9-10-2022

_____ Joginder Singh _____
CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.

AMOUNT WITHDRAWN

$ 2 0 0 0



**Customer withdrawal**



WITHDRAWAL TICKET

NAME _Joginder Singh_    DATE _09-20-2022_

_Joginder Singh_
CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.

AMOUNT WITHDRAWN

$ ——— 2500 ———



## Customer withdrawal





## Customer withdrawal





**WITHDRAWAL TICKET**

NAME _Joginder Singh_

_Joginder Singh_
CLIENT(S) SIGNATURE

DATE 10-08-2022

CAP-0100 (R 12/20)

ACCOUNT NO.

AMOUNT WITHDRAWN

$ ——2200——





**Customer withdrawal**

WITHDRAWAL TICKET

NAME _____ Jogindee Singh _____    DATE 07-7-2022

Jogndee Songh

CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

AMOUNT WITHDRAWN

$ — 2500 —



## Customer withdrawal





## Customer withdrawal



**WITHDRAWAL TICKET**

NAME _Joginder Singh_

DATE _12-27-2022_

_Joginder Singh_
CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.

✳ ▪

AMOUNT WITHDRAWN

$ — 2 000 —

https://myaccounts.capitalone.com/SBBank/0ON8eFie8cE3S9SdYUORcxwf6zwYctl03kup5kmoT4UM=

11/6/23, 8:51 AM

Capital One | Account Details and Transactions



TOPLINE NYC CONTRACTING INC.
9219 101ST AVE
OZONE PARK, NY 11416

Pay to the order of ___Joginder Singh___ | $ 18500 |

Eighteen thousand five hundred only    Dollars

CAPITAL ONE, N.A.

For _____

Date 1-27-2023

Joginder Singh

1103



## Customer withdrawal



**WITHDRAWAL TICKET**

NAME _Joginder Singh_    DATE _2-11-2023_

_Joginder Singh_
**CLIENT(S) SIGNATURE**

CAP-0100 (R 12/20)
✱

ACCOUNT NO. ▮▮▮▮▮▮▮▮▮▮

AMOUNT WITHDRAWN

$ _1800_

Capital One | Account Details and Transactions



## Customer withdrawal





**WITHDRAWAL TICKET**

NAME Joginder Singh DATE 04-22-2023

Joginder Singh
CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.

AMOUNT WITHDRAWN

$ 2000 00



## Customer withdrawal

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**WITHDRAWAL TICKET**

NAME _Joginder Singh_   DATE _10-28-2023_

_Joginder Singh_
CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO. ▮▮▮▮▮▮▮▮▮▮▮

AMOUNT WITHDRAWN

$ — 6800 —

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮