*Milenkovic Law Group*

Srdjan Milenkovic
44 South Broadway, Suite 100
White Plains, NY 10601
Phone: 914-202-0610
Fax:    914-214-5466
Email:  serge@milenkolaw.com

May 2, 2025

*Via ECF*

Hon. Vera M. Scanlon, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11021

        Re:    Singh v. Topline NYC Contracting Inc., et al.
                 1:25-cv-00776-NCM-VMS

Dear Judge Scanlon:

      In response to your Order of yesterday, May 1, 2025, I re-filed the entire letter motion (Doc. 16), because the entire motion was deleted and not just Exhibit C of the motion. The new Exhibit C is fully redacted.

      Thank you.

Very truly yours,

*Srdjan Milenkovic*

Srdjan Milenkovic

cc: Emanuel Kataev. Esq.