**From:** mkristensen@consumerattorneys.com
**To:** serge@milenkolaw.com,Lila Ayers
**Cc:** Victoria Trevor,Irina Iakovleva,Emanuel Kataev
Tue, Jul 8 at 3:30 PM

Counselors,

Attached please find Plaintiff's First Set of Written Discovery Requests to Defendants. Included are:

    1.    **PLAINTIFF'S FIRST SET OF PRODUCTION REQUESTS TO DEFENDANTS;**
    2.    **PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANTS;**

Word versions of the requests are also attached. Please confirm receipt.

Sincerely,

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed, and it may contain information that is confidential, privileged, proprietary or otherwise exempt from disclosure under applicable law. If you are not the intended recipient, you are prohibited from copying, disclosing, distributing, disseminating or otherwise using this transmission in any way. If you have received this transmission in error, please immediately notify the sender and delete this transmission and all its attachments from your computer.