**Lila Ayers**
From: lilaayerslaw@aol.com
To: serge@milenkolaw.com, Mia Kristensen
Cc: Victoria Trevor, Irina Iakovleva, Emanuel Kataev
Tue, Jul 8 at 6:57 PM

Hi Mr. Kataev,

As you know, the Court issued an order as follows:
ORDER. Defendant must respond to the motion at ECF No. [18] by 5:00 PM on 5/1/2025.

The parties must serve initial disclosures on or before 5/2/2025. **The parties must serve initial document requests and interrogatories on or before 5/31/2025**. Any joinder and/or amendments of the pleadings must be made on or before 6/30/2025. A joint discovery status letter is due to the Court on or before 9/25/2025. Fact discovery closes 12/31/2025. The parties agree to follow e-discovery as detailed on pages 2-3 of the document at ECF No. [23].

The parties do not anticipate a need to engage in expert discovery. If the parties determine that expert discovery is necessary, they must propose an expert discovery schedule in their 9/25/2025 letter.

Dispositive motion practice must commence on or before 1/29/2026, or the proposed JPTO must be filed on or before 2/26/2026, in accordance with the assigned judge's individual rules.

The parties are encouraged to pursue mediation through the Court-annexed mediation program. The parties may request such a referral to the program at any time by filing a joint request on ECF. Ordered by Magistrate Judge Vera M. Scanlon on 4/30/2025. (SH)

Your first request is made now 38 days after the deadline for making initial document requests.

Thus, they are, therefore, rejected and returned.


Lila Ayers, Esq.
8 East Prospect Avenue, Suite A1
Mount Vernon, NY 10550
tel:  (914) 699-5220
fax:  (914) 699-3740

This electronic message transmission and any accompanying attachments are intended for

the person to whom it is addressed.  This message and any attachments maybe or is being sent by or on behalf of an attorney and may contain information that is privileged, confidential or otherwise protected from disclosure by state and federal law. If you have received this transmission, but are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please respond immediately to the sender and delete and destroy the original message and all copies, including any accompanying attachments