**Lila Ayers, Esq.**

**8 East Prospect Avenue, Suite A1**

**Mount Vernon, NY 10550**

**(914) 699-5220**

**lilaayerslaw@aol.com**

July 16, 2025

*Via ECF*

Hon. Vera M. Scanlon, Chief U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11021

        Re:    **Singh v. Topline NYC Contracting Inc., et al.**
                  **1:25-cv-00776-NCM-VMS**

Dear Judge Scanlon:

    On Thursday, July 10, 2025, defendants filed a letter motion (Doc. 29): (1) to compel discovery and (2) for a protective order. Your Honor's Individual Rule III.b. states that a response to a letter motion must be served and filed within three (3) business days. This was not done.

    Wherefore, defendants respectfully request that this Court issue an order granting defendants' motions in their entirety on default and for good cause shown.

    Thank you.

                                                           Very truly yours,

                                                           *Lila Ayers*

                                                            Lila Ayers

cc:    Emanuel Kataev