# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

October 10, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Vera M. Scanlon, U.S.M.J.
225 Cadman Plaza East
Courtroom 13A South
Brooklyn, NY 11201-1804

    Re:     **Singh v. Topline NYC Contracting Inc.,** *et al.*
                **Case No.: 1:25-cv-776 (NCM) (VMS)**

Dear Judge Scanlon:

    This firm represents Plaintiff Joginder Singh (hereinafter the "Plaintiff") in the above-referenced case. Plaintiff writes to submit a status report on discovery in accordance with this Court's Orders dated April 30, 2025 and October 3, 2025.[1]

    Defendants served discovery demands on May 25, 2025. Plaintiff provided responses and objections together with their first production of documents on July 25, 2025. Plaintiff served his discovery demands on July 8, 2025. Defendants did not provide responses and objections on the grounds that Plaintiff did not serve the demands by the date specified in the scheduling Order. The parties' submitted this dispute to the Court via letter motions; a decision on the dispute remains *sub judice*. <u>See</u> ECF Docket Entries <u>29</u>, <u>30</u> and <u>31</u>.

    Plaintiff respectfully requests that the Court decide the pending motion so that they have direction on how to proceed with discovery. Plaintiff thanks this honorable Court for its time and attention to this case.

| | |
|---|---|
| Dated: Jamaica, New York<br>       October 10, 2025 | Respectfully submitted<br>**SAGE LEGAL LLC**<br> */s/ Emanuel Kataev, Esq.*<br>Emanuel Kataev, Esq.<br>18211 Jamaica Avenue<br>Jamaica, NY 11423-2327<br>(718) 412-2421 (office)<br>(917) 807-7819 (cellular)<br>(718) 489-4155 (facsimile)<br>emanuel@sagelegal.nyc<br><br>*Attorneys for Plaintiff*<br>*Joginder Singh* |

**VIA ECF**
All counsel of record

---

[1] Defendants' counsel did not respond to the draft provided.