**Lila Ayers, Esq.**
8 East Prospect Avenue, Suite A1
Mount Vernon, NY 10550
(914) 699-5220
lilaayerslaw@aol.com

October 27, 2025

Via CM/ECF

Hon. Natasha C. Merle, U.S.D.J.
U.S. District Court-Eastern District of New York

   Re: **Singh v. Topline, et al.**
      **25-CV-00776 (NCM)(VMS)**

Dear Judge Merle:

 On September 26, 2025, I made a letter motion to continue (Doc. 34).

 Unfortunately, my law clerk who also works with the office of Evans D. Prieston, Esq. inadvertently e-filed said motion through Evans's PACER account. As a result, Evans is now listed as another attorney for defendants. Evans has *no involvement* in this case and never has had any.

 I contacted the Clerk of the Court to correct this and was told I must make a motion to have Evans officially removed.

 I apologize for the inconvenience.

 Thank you.

              Very truly yours,

              *Lila Ayers*

              Lila Ayers

cc: Evans D. Prieston, Esq.
   Emanuel Kataev, Esq.