**Lila Ayers, Esq.**
**8 East Prospect Avenue, Suite A1**
**Mount Vernon, NY 10550**
**(914) 699-5220**
**lilaayerslaw@aol.com**

December 9, 2025

*Via ECF*

Hon. Vera M. Scanlon, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11021

    Re: **Singh v. Topline NYC Contracting Inc., et al.**
       **1:25-cv-00776-NCM-VMS**

Dear Judge Scanlon:

  On November 13, 2025, defendants filed their Second Amended Answer and Counterclaim. (Doc. 40)

  To date, no reply was filed. The deadline for filing a reply was December 4, 2025, i.e., twenty-one days after service. Rule 12(a)(1)(B).

  My clients do not object to plaintiff filing a reply, they do object to permitting him to prepare an untimely motion to dismiss. Rule 12(b).

  Thank you for your attention to this.

                Very truly yours,

                *Lila Ayers*

                Lila Ayers

cc: Emanuel Kataev, Esq.