# Lila Ayers
### Attorney at Law
### 8 East Prospect Avenue, Suite A1
### Mount Vernon, NY 10550
### (914) 699-5220

January 27, 2025

<u>Via CM/ECF</u>

Hon. Vera M. Scanlon, U.S.D.J.
United States District Court
Eastern District of New York

        Re:    Singh v. Topline, et al.
                25 Civ. 776 (NCM)(VMS)

Dear Judge Scanlon:

        I am writing to apologize for my missing your Honor's conference on January 15, 2026.

        To be honest, I read that your Honor had, once again, excused plaintiff's failure to file a reply to the counterclaim for the approximately fourth time, I was emotional and did not read remainder of the order carefully. Further, I was angry that plaintiff filed a "status report" on New Year's Eve, which included a "back door" untimely, post hac, motion to excuse plaintiff's default and your Honor ruled on it on January 2, 2026, *without* giving defendants an opportunity to oppose this application.

        On the date of the conference, I had an appearance in Nassau County District Court. I read Mr. Kataev's email from my phone about the conference. I attempted to get through from inside the courthouse but that proved impossible because I could not type in the code while on my phone. I tried it about five times. I called my co-counsel and he was occupied in an immigration matter and could not participate.

        Thank you.

                                    Very truly yours,

                                    *Lila Ayers*

                                    Lila Ayers

cc:  Emanuel Kataev, Esq.