# Lila Ayers
## Attorney at Law
### 8 East Prospect Avenue, Suite A1
### Mount Vernon, NY 10550
### (914) 699-5220

January 28, 2025

<u>Via CM/ECF</u>

Hon. Vera M. Scanlon, U.S.D.J.
United States District Court
Eastern District of New York

      Re:    **Singh v. Topline, et al.**
                  **25 Civ. 776 (NCM)(VMS)**

Dear Judge Scanlon:

      This letter is in response to your Honor's order of January 15th that has ordered that defendants respond to plaintiff's interrogatories and document demands by January 30, 2026.

      I request that defendants be given two more weeks to respond, i.e., until February 13, 2026.

      Defendants have not made any such application previously. As your Honor is aware, we have not responded to discovery demands previously as they were first propounded thirty-eight days after ordered to be sent. Nonetheless, I recognize those objections are moot, given my failure to appear at the Conference on January 15th.

      Due to the Court's rule that requests for extensions be made two days before I deadline, I could not confer with plaintiff's counsel.

      Thank you.

                                                                  Very truly yours,

                                                                  *Lila Ayers*

                                                                  Lila Ayers

cc: Emanuel Kataev, Esq.