**Lila Ayers, Esq.**
**8 East Prospect Avenue, Suite A1**
**Mount Vernon, NY 10550**
**(914) 699-5220**
**lilaayerslaw@aol.com**

February 26, 2026

*Via ECF*

Hon. Vera M. Scanlon, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11021

   Re: **Singh v. Topline NYC Contracting Inc., et al.**
      **1:25-cv-00776-NCM-VMS**

Dear Judge Scanlon:

  I would like to report that I have ordered the transcript of the January 15th Conference on *February 17, 2026*, see Exhibit 1.  So, I will have read it by your Honor's March 4, 2026 deadline.

  I am also pleased to report that I served plaintiff's counsel with defendants' responses to notice of production and interrogatories.

  I will confer with plaintiff's counsel to complete a joint status letter.

                Very truly yours,

                *Lila Ayers*

                Lila Ayers

cc: Emanuel Kataev, Esq.