# RE: Singh v. Topline, 25-CV-776, January 15, 2026 conference, Chief Mag. Judge Vera M. Scanlon

| | |
|---|---|
| From: | Christine Rocco (christine_rocco@nyed.uscourts.gov) |
| To: | lilaayerslaw@aol.com; nyedml_esr@nyed.uscourts.gov |
| Cc: | rl.transcriptions2@gmail.com |
| Date: | Tuesday, February 17, 2026 at 10:38 AM EST |

Re: 25-CV-776- Singh v. Topline NYC Contracting Inc. et al —Proceeding before Judge Scanlon on 1/15/2026

Ms. Ayers,

Your order is confirmed for 14-day turnaround.

Our typist from TRANSCRIPTION PLUS II will reach out to you with an invoice once the transcript is ready. Upon receipt of payment, transcript will be emailed as a PDF.

I've CC'ed them in this email in case you have any questions.

Thank you.

Sincerely,
Christine Rocco

US District Courthouse
Eastern District of NY
225 Cadman Plaza East
Brooklyn, NY 11201

| 01/15/2026 | view | Minute Entry for Status Conference held on 1/15/2026 before Chief Magistrate Judge Vera M. Scanlon. Emanuel Kataev, Esq., appeared for Plaintiff. No appearance for Defendants. See separate docket entry for Order issuing from this proceeding. (Time Log #11:19-11:26.) (AJD) (Entered: 01/15/2026) |
|---|---|---|

**From:** Lila Ayers <lilaayerslaw@aol.com>
**Sent:** Tuesday, February 17, 2026 10:32 AM
**To:** nyedml_esr@nyed.uscourts.gov; Christine Rocco <Christine_Rocco@nyed.uscourts.gov>
**Subject:** Re: Singh v. Topline, 25-CV-776, January 15, 2026 conference, Chief Mag. Judge Vera M. Scanlon

**CAUTION - EXTERNAL:**

Hi Christine,

Ok, I will order for 14 day delivery.

2/26/26, 7:48 PM AOL Mail RE: Singh v. Topline, 25-CV-776, January 15, 2026 conference, Chief Mag. Judge Vera M. Scanlon

Case 1:25-cv-00776-NGM-VMS   Document 51-1   Filed 02/26/26   Page 2 of 4 PageID #: 330

Thank you.

Lila Ayers, Esq.
8 East Prospect Avenue, Suite A1
Mount Vernon, NY 10550
tel:  (914) 699-5220
fax:  (914) 699-3740

This electronic message transmission and any accompanying attachments are intended for the person to whom it is addressed.  This message and any attachments maybe or is being sent by or on behalf of an attorney and may contain information that is privileged, confidential or otherwise protected from disclosure by state and federal law. If you have received this transmission, but are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please respond immediately to the sender and delete and destroy the original message and all copies, including any accompanying attachments.

On Tuesday, February 17, 2026 at 10:26:46 AM EST, Christine Rocco <christine_rocco@nyed.uscourts.gov> wrote:

> RE: Singh v. Topline, 25-CV-776
>
> Ms. Ayers,
>
> Thank you for your email.
>
> Please let us know how quickly you would like to order the transcript.
>
> Options are:
>
> Same day turnaround- $ 8.70/ per page
>
> Next business day =$ 7.30/per page.
>
> 3 days = $ 6.55/per page
>
> 7 days = $ 5.85/per page
>
> 14 days = $ 5.10/per page
>
> 30 days = $ 4.40/per page

2/26/26, 7:48 PM                   AOL Mail - RE: Singh v. Topline, 25-CV-776, January 15, 2026 conference, Chief Mag. Judge Vera M. Scanlon

Case 1:25-cv-00776-NGM-VMS    Document 51-1    Filed 02/26/26    Page 3 of 4 PageID #: 331

We estimate a 7-page transcript based on the length of the conference.

Sincerely,

Christine Rocco

ESR Department

US District Courthouse

Eastern District of NY

225 Cadman Plaza East

Brooklyn, NY 11201

| 01/15/2026 | view | Minute Entry for Status Conference held on 1/15/2026 before Chief Magistrate Judge Vera M. Scanlon. Emanuel Kataev, Esq., appeared for Plaintiff. No appearance for Defendants. See separate docket entry for Order issuing from this proceeding. (Time Log #11:19-11:26.) (AJD) (Entered: 01/15/2026) |

---

**From:** Lila Ayers <lilaayerslaw@aol.com>
**Sent:** Tuesday, February 17, 2026 10:24 AM
**To:** nyedml_esr@nyed.uscourts.gov
**Subject:** Singh v. Topline, 25-CV-776, January 15, 2026 conference, Chief Mag. Judge Vera M. Scanlon

 **CAUTION - EXTERNAL:**

Hi,

I would like to order a transcript for the above conference.

Thanks.

Lila Ayers, Esq.
8 East Prospect Avenue, Suite A1
Mount Vernon, NY 10550

2/26/26, 7:48 PM
AOL Mail - RE: Singh v. Toptica, 25-CM-776, January 15, 2026 conference, Chief Mag. Judge Vera M. Scanlon

Case 1:25-cv-00776-NCM-VMS    Document 51-1    Filed 02/26/26    Page 4 of 4 PageID #: 332

tel: (914) 699-5220
fax: (914) 699-3740

This electronic message transmission and any accompanying attachments are intended for the person to whom it is addressed. This message and any attachments maybe or is being sent by or on behalf of an attorney and may contain information that is privileged, confidential or otherwise protected from disclosure by state and federal law. If you have received this transmission, but are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please respond immediately to the sender and delete and destroy the original message and all copies, including any accompanying attachments.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.