# Lila Ayers, Esq.
**8 East Prospect Avenue, Suite A1**
**Mount Vernon, NY 10550**
**(914) 699-5220**
**lilaayerslaw@aol.com**

March 4, 2026

<u>Via ECF</u>
Hon. Vera M. Scanlon, Chief U.S.M.J.
United States District Court -- Eastern District of New York

      Re.    Singh v. Topline NYC Contracting Inc. et al., 25-CV-00776-NCM-VMS

Dear Chief Judge Scanlon:

      Please accept this letter as defendants' status report.  As I said in my last correspondence, I reached out to plaintiff's counsel, by email, and received no response.  (This was not the first time this has happened, although unlike plaintiff's counsel, I did not rush to make a motion for sanctions.)

      I have now ordered and read the transcript of the hearing on January 15, 2026, see Exhibit 1.  Defendants have responded to plaintiff's notice to produce and interrogatories.

      As far as settlement, my clients have no interest.  As stated on several occasions, defendants relied on plaintiff to help form their corporation and open their bank account, after which he had no further involvement.  Tellingly, plaintiff's responses to discovery show he has no knowledge of any employees or operations or anything.  He used the company's bank account as his personal ATM and when confronted with it, he manufactured a frivolous lawsuit listing all manner of federal causes of action, none of which has any connection to reality.  One example:  the complaint has a class action case of "all employees," but, at the relevant time, there were *no* full-time employees. Query:  Wouldn't a top manager of the corporation, like plaintiff claims to be, know this?

      The reason defendants have no yet filed a motion for summary judgment is that we have not yet received the subpoenaed records from Capital One.  Capital One kept rejecting the subpoena on the ground it was a "business account," see, e.g., Exhibit 2.  I kept responding, yes, it was a business account and stated same.  I, later, did some research and found it with a business account you need to subpoena "Capital One, N.A." not Capital One Bank.  The change was made and I hope to receive the records soon.

                                                Very truly yours,

                                                *Lila Ayers*
                                                Lila Ayers

cc:    Emanuel Kataev, Esq.