### Re: Transcript request secure payment link: (Singh v. Topline)

From:  Rosalie Lombardi (rl.transcriptions2@gmail.com)

To:    lilaayerslaw@aol.com

Date:  Wednesday, March 4, 2026 at 10:45 AM EST

Please confirm receipt of the transcript.

> On Wed, Mar 4, 2026 at 10:32 AM Lila Ayers <lilaayerslaw@aol.com> wrote:
>> It's paid
>>
>> Sent from the all new AOL app for iOS
>>
>>
>> On Monday, March 2, 2026, 3:42 PM, Rosalie Lombardi <rl.transcriptions2@gmail.com> wrote:
>>
>>> The transcript order is complete and ready to be sent.  A secure payment link is provided for your convenience. Upon receipt of payment a .pdf copy of the transcript will be sent by email.
>>> **The payment link**:  https://payments.chase.com?invid=HD33G0RLRL51
>>>
>>> Please send a notification when the transcript payment is completed.
>>> Have a nice day!
>>>
>>> Best Regards,
>>> Rosalie Lombardi
>>> **Transcriptions Plus II, Inc.**
>>> RL.Transcriptions2@gmail.com
>>> (917)817-2825
>>>
>>> **This Electronic Message contains information from the Office of Transcriptions Plus II, Inc., and may be privileged.  This information is intended for the use of the addressee only.  If you are not the addressee please note that any disclosure, copying, distribution or use of the contents of this message is prohibited.**



Singh v Topline 25cv776 1-15-26.pdf
90 kB