

January 06, 2026

**VIA FEDERAL EXPRESS**

Lila Ayers
8 East Prospect Ave, Suite A1
Mount Vernon, NY 10550

**Re:    Responding Entity:**  Capital One, N.A.
**Case # / Name:**  1:25-CV-00776
**Capital One Case Number:**  2026209124

We received the subpoena, summons or other legal request for the above-referenced matter. Subject to and without waiving the below objections, the Responding Entity is unable to fulfill your request based on one or more of the following objections:

☑ Issued to an Incorrect / Invalid Entity (refer to Business Entities)
☐ Provided Insufficient Information to accurately identify customer (e.g. missing full name, SSN, full account number, DOB, telephone number, and/or email address)
☐ Request issued to another institution (i.e. not Capital One)
☐ Uncertain Entity
☐ Mismatched Information (i.e.information provided in your request does not match our internal systems of record)
☐ Invalid Subpoena (e.g. not properly signed or dated)
☐ No Certificate of Service provided in accordance with one of the following:
    Md. Code Ann., Financial Institutions, §1-304(b)
    La. Rev. Stat. Ann. § 6:333
    Texas Fin. Code Ann. §59.006(b)
    Cal. Code Civ. Proc. § 1985.3
    OK. Stat. Title 6, Section 2201, et seq
    TN. Code Title 45, Banks and Financial Institutions § 45-10-106 and § 45-10-107
☐ Valid Subpoena Required
☐ Improper Service
☐ RFPA Objection (In accordance with Section 1103 of the RFPA (12 U.S.C. § 3403))

Please be aware that if you sent a check with your request, it was destroyed as part of our objection process. If you intend to reissue the request and state law requires payment in advance, please send a new check (if applicable).

We are responding to your legal request to address this issue only and reserve the right to assert any additional objections as we evaluate our legal obligations. For additional information regarding subpoena processing, refer to our website (https://www.capitalone.com/digital/subpoena-policy/) or contact us directly at subpoena@capitalone.com if you have any further questions.

Sincerely,

Subpoena Fulfillment Team

Rev 3/2024 v1.0