# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

January 9, 2026

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Natasha C. Merle, U.S.D.J.
225 Cadman Plaza East
Courtroom 2F North
Brooklyn, NY 11201-1804

> Re:    **Singh v. Topline NYC Contracting Inc.,** *et al.*
> **Case No.: 1:25-cv-776 (NCM) (VMS)**

Dear Judge Merle:

This firm represents Plaintiff Joginder Singh (hereinafter the "Plaintiff") in the above-referenced case. This letter is submitted in accordance with this Court's Orders dated February 27, 2026 and March 31, 2026, as well as the Court's Individual Rule III.B.2, to inform the Court that Plaintiff served Defendants with his notice of motion to dismiss Defendants' counterclaims together with his memorandum of law in support, and to request an extension of time, *nunc pro tunc*, to serve the motion papers pursuant to Rule 6 of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule").

**Plaintiff Demonstrates Good Cause & Excusable Neglect for an Extension of Time** *nunc pro tunc*

Pursuant to ¶ I.F of this Court's Individual Practice Rules, Plaintiff respectfully submits that:

(a) the motion to dismiss was due to be served, and the instant letter was due to be filed, on Monday, March 30, 2026;

(b) Plaintiff has been unable to meet due to a deposition in the matter of <u>Superb Motors Inc., *et al*, v. Deo, *et al*</u>, Case No.: 2:23-cv-6188 (JMW);

(c-d) Plaintiff has not previously sought an extension of time of this deadline; and

(e) Plaintiff stated to Defendants that he consents to a two (2) day extension of time to oppose his motion if Defendants sought same, but respectfully notes that Local Civil Rule 6.1 provides for fourteen (14) days to oppose the instant motion, whereas this Court granted Defendants approximately thirty (30) days to do so.

For the foregoing reasons, Plaintiff respectfully submits that there exists sufficient good cause and excusable neglect warranting this Court's exercise of discretion in favor of granting an extension of time *nunc pro tunc*. <u>See</u> Fed. R. Civ. P. 6(b)(1)(B).

Dated: Jamaica, New York
      April 2, 2026

                                                  Respectfully submitted,

**SAGE LEGAL LLC**

_/s/ Emanuel Kataev, Esq._
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Joginder Singh*

**VIA ECF**
All counsel of record

2