*Milenkovic Law Group*

Srdjan Milenkovic
44 South Broadway, Suite 100
White Plains, NY 10601
Phone: 914-202-0610
Fax:    914-214-5466
Email:  serge@milenkolaw.com

April 6, 2026

Via CEF
Hon. Vera M. Scanlon, Chief U.S.M.J.
United States District Court
  for the Eastern District of New York

        **Re.**     **Singh v. Topline NYC Contracting Inc., et al.**
                **Case no. 25-CV-776 (NCM)(VMS)**

Dear Judge Scanlon:

I am writing to request an adjournment of the status conference your Honor scheduled for April 8, 2026 at 11:30 am

I realized today, I have an immigration hearing in New Jersey that morning.

I am able to attend any day, at any time thereafter, including 04/09-10 or 04/13=17, *except* 04/15.

Thank you for your consideration.

Very truly yours,

Srdjan Milenkovic

Srdjan Milenkovic

cc:  Emanuel Kataev, Esq.