**Lila Ayers**
**Attorney at Law**
**8 East Prospect Avenue, Suite A1**
**Mount Vernon, NY 10550**
**(914) 699-5220**

May 4, 2026

<u>Via CM/ECF</u>

Hon. Natsha C. Merle, U.S.D.J.
United States District Court
Eastern District of New York

   **Re:** **Singh v. Topline, et al.**
     **25 Civ. 776 (NCM)(VMS)**

Dear Judge Merle:

 I apologize but there seems to be some confusion about defendants' opposition to the plaintiff's motion/defendants' cross motion.  I should have been more explicit about what I was requesting.  I hope the following will clarify:

 In my previous letter, dated April 27, 2026 (Doc. 57) requesting a conference for a proposed cross motion for summary judgment. I acknowledge there is a motion to dismiss the counterclaim pending.  I went into some depth about the interplay of a motion to dismiss and cross motion for summary judgment, with the conclusion that if your Honor grants our cross motion, plaintiff's motion would be denied as moot.  In other words, our cross motion *is*, in effect, our opposition to the motion.

 I closed the aforementioned letter as follows:  "In light of the above, *we respectfully request additional time to file our cross-motion for summary judgment, beyond May 1, 2026*, as there are thousands of pages of bank records to review.  As noted, in the event this motion is granted, plaintiff's motion to dismiss would be denied as moot."  (emphasis added).

 I should have been clearer, but defendants respectfully request more time to file opposition to the motion and in support of our cross motion.  (Unlike plaintiff, I made my request for adjournment in advance of the deadline.)

 Thank you.

       Very truly yours,

       *Lila Ayers*

       Lila Ayers

cc:  Emanuel Kataev, Esq.