# Sage Legal LLC

**18211 Jamaica Avenue    Jamaica, NY 11423-2327    7(18) 412-2421    emanuel@sagelegal.nyc**

<u>**VIA ECF**</u>                                                                                                          May 4, 2026

United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Natasha C. Merle, U.S.D.J.
225 Cadman Plaza East
Courtroom 2F North
Brooklyn, NY 11201-1804

>    *Re:*    **Singh v. Topline NYC Contracting Inc.,** *et al.*
>    <u>**Case No.: 1:25-cv-776 (NCM) (VMS)**</u>

Dear Judge Merle:

This firm represents Plaintiff Joginder Singh (hereinafter the "Plaintiff") in the above-referenced case.

Plaintiff writes to notify the Court that your undersigned inadvertently filed Plaintiff's declaration at ECF Docket Entry 59-2 with technical errors and has therefore refiled the corrected declaration at ECF Docket Entry 60-1. There is no substantive difference between the drafts; the only difference between them is the presence and absence of an exporting glitch rendering ¶¶ 1, 5, 19, and Plaintiff's signature block illegible. Plaintiff respectfully requests that the Court strike the prior-filed declaration and consider the corrected declaration, and apologizes to this Court for the oversight.

Plaintiff thanks this Court for its time and attention to this case.

Dated: Jamaica, New York
      May 4, 2026

> Respectfully submitted,
> **SAGE LEGAL LLC**
> By:   <u>*/s/ Emanuel Kataev, Esq.*</u>
> Emanuel Kataev, Esq.
> 18211 Jamaica Avenue
> Jamaica, NY 11423-2327
> (718) 412-2421 (office)
> (917) 807-7819 (cellular)
> (718) 489-4155 (facsimile)
> emanuel@sagelegal.nyc
>
> *Attorneys for Plaintiff*
> *Joginder Singh*

<u>**VIA ECF**</u>
All counsel of record