# Lila Ayers
**Attorney at Law**
**8 East Prospect Avenue, Suite A1**
**Mount Vernon, NY 10550**
**(914) 699-5220**

May 6, 2026

<u>Via CM/ECF</u>

Hon. Natsha C. Merle, U.S.D.J.
United States District Court
Eastern District of New York

       **Re:**    **Singh v. Topline, et al.**
              **25 Civ. 776 (NCM)(VMS)**

Dear Judge Merle:

I write to inform your Honor that I served plaintiff's counsel with defendants' memorandum of law in opposition to plaintiff's motion to dismiss the counterclaim.

Thank you.

Very truly yours,

*Lila Ayers*

Lila Ayers

cc:  Emanuel Kataev, Esq.