# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

May 27, 2025

<u>**VIA ECF**</u>
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Natasha C. Merle, U.S.D.J.
225 Cadman Plaza East
Courtroom 2F North
Brooklyn, NY 11201-1804

> **Re:** **Singh v. Topline NYC Contracting Inc.,** *et al.*
> <u>**Case No.: 1:25-cv-776 (NCM) (VMS)**</u>

Dear Judge Merle:

This firm represents Plaintiff Joginder Singh (hereinafter the "Plaintiff") in the above-referenced case.  Plaintiff writes, with Defendants' consent, to respectfully request an extension of time of fourteen (14) days to submit Plaintiff's reply, due yesterday, May 26, 2026.[1]

Pursuant to ¶ I.F of this Court's Individual Practice Rules, Plaintiff respectfully submits that:

(a) Plaintiff's reply was originally due yesterday, May 26, 2026;

(b) Plaintiff is unable to submit same due to an all-day deposition yesterday in the matter of <u>Tiernan v. National Carriers Inc</u>, Case No.: 3:25-cv-1249 (SAL) (RAR) pending in the United States District Court for the Northern District of Texas;

(c-d) Plaintiff has not previously sought an extension of time of this particular deadline in this case; and

(e) Defendants consent to this request with the proviso that they will not consent to any further extension of time.

Plaintiff apologizes for not filing this request yesterday; this occurred because the aforementioned deposition finished at 8:00 PM last night.  Accordingly, Defendant respectfully submits that there is good cause and excusable neglect for the requested adjournment of the conference. <u>See</u> Fed. R. Civ. P. 6(b)(1)(B).

Plaintiff thanks this honorable Court for its time, attention, and anticipated courtesies in this case.

---

[1] This is because Rule 6 of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules or "Rule") provides that "[w]hen the period is stated in days or a longer unit of time: include the last day of the period, but if the last day is a Saturday, Sunday, or legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday." <u>See</u> Fed. R. Civ. P. 6(a)(1)(C).

Dated:  Jamaica, New York
       May 27, 2026

Respectfully submitted,

**SAGE LEGAL LLC**

By:  */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Joginder Singh*

**VIA ECF**
All counsel of record

2