# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

June 5, 2026

<u>VIA ECF</u>
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Natasha C. Merle, U.S.D.J.
225 Cadman Plaza East
Courtroom 2F North
Brooklyn, NY 11201-1804

> Re:    **Singh v. Topline NYC Contracting Inc.,** *et al.*
>        **Case No.: 1:25-cv-776 (NCM) (VMS)**

Dear Judge Merle:

This firm represents Plaintiff Joginder Singh (hereinafter the "Plaintiff") in the above-referenced case. This letter is submitted in accordance with this Court's Orders dated May 28, 2026 and June 4, 2026, as well as the Court's Individual Rule III.B.2, to inform the Court that Plaintiff served Defendants with his reply memorandum of law in further support of his motion to dismiss Defendants' counterclaims together, and to request an extension of time, *nunc pro tunc*, to serve the motion papers pursuant to Rule 6 of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule").

**Plaintiff Demonstrates Good Cause & Excusable Neglect for an Extension of Time** *nunc pro tunc*

Pursuant to ¶ I.F of this Court's Individual Practice Rules, Plaintiff respectfully submits that:

(a) the motion to dismiss was due to be served, and the instant letter was due to be filed, on Tuesday, June 2, 2026;

(b) Plaintiff has been unable to meet this deadline due to the need to prepare a 173-page Statement of Material Facts containing over 1,000 facts in a complex multi-party RICO case your undersigned is prosecuting in preparation for summary judgment motion practice in the matter of <u>Superb Motors Inc.</u>, *et al*, v. Deo, *et al*, Case No.: 2:23-cv-6188 (JMW) (EDNY) and pretrial filings due in <u>Bailey v. Todpat, LLC, et ano.</u>, Case No.: 7:25-cv-99 (DC) (RCG) (TXWD), which case is currently scheduled for trial on July 6, 2026. Both of these matters took significant time such that your undersigned was significantly behind in numerous matters and was unable to catch up in time to draft the reply memorandum of law. Plaintiff sincerely apologizes for the delay and recognizes the need to proactively seek an extension of time in the event more time is necessary;

(c-d) Plaintiff has once previously sought an extension of time of this deadline, which was granted in part; and

(e) Plaintiff did not seek Defendants' consent because this Court graciously granted Plaintiff until June 5, 2026 to comply *sua sponte*, for which Plaintiff thanks the Court.

For the foregoing reasons, Plaintiff respectfully submits that there exists sufficient good cause and excusable neglect warranting this Court's exercise of discretion in favor of granting an extension of time *nunc pro tunc*.  See Fed. R. Civ. P. 6(b)(1)(B).

Dated: Jamaica, New York
June 5, 2026                                              Respectfully submitted,

                                                         **SAGE LEGAL LLC**

                                                          */s/ Emanuel Kataev, Esq.*
                                                         Emanuel Kataev, Esq.
                                                         18211 Jamaica Avenue
                                                         Jamaica, NY 11423-2327
                                                         (718) 412-2421 (office)
                                                         (917) 807-7819 (cellular)
                                                         (718) 489-4155 (facsimile)
                                                         emanuel@sagelegal.nyc

                                                         *Attorneys for Plaintiff*
                                                         *Joginder Singh*

**VIA ECF**
All counsel of record

2