UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOGINDER SINGH,

                                 Plaintiff,

        -against-

TOPLINE NYC CONTRACTING INC.,
TOPLINE NYC INC., GURPREET SINGH, and
LAKHVINDER SINGH,

                             Defendants.
-----------------------------------------------------------------X

Case No.: 1:25-cv-776 (NCM) (VMS)

**NOTICE OF MOTION TO DISMISS**

**PLEASE TAKE NOTICE**, that pursuant to Rules 12(b)(6) of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule"), upon the memorandum of law in support, the Plaintiff will move this Court, before the Hon. Natasha C. Merle, U.S.D.J. ("Judge Merle"), at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Courtroom 2F North, Brooklyn, NY 11201, for an Order: (i) dismissing Defendants' Second Amended Answer and Counterclaim for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule"); and (ii) granting such other and further relief as the Court deems just, equitable, and proper.

       **PLEASE TAKE FURTHER NOTICE**, pursuant to Local Civil Rule 6.1, Defendants' opposition papers are due on Thursday, April 16, 2026, and Plaintiff's reply papers in further support are due on Thursday, April 23, 2026, unless otherwise ordered by this Court.

Dated:  Jamaica, New York
       April 2, 2026

                                Respectfully submitted,

                                **SAGE LEGAL LLC**

                                */s/ Emanuel Kataev, Esq.*
                                Emanuel Kataev, Esq.
                                18211 Jamaica Avenue
                                Jamaica, NY 11423-2327

(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Joginder Singh*

**VIA EMAIL**
All counsel of record