# Singh v. Topline

From:  Lila Ayers (lilaayerslaw@aol.com)

To:      emanuel@sagelegal.nyc

Date:  Thursday, June 11, 2026 at 11:58 AM EDT

Hi Emanuel,

I emailed you on Sunday, June 7, 2026 re. Authorizations that were not responded to.

You have not responded at all. Please respond by tomorrow, June 12th.  I will be forced to seek court intervention.

Thanks.

Lila

Sent from the all new AOL app for iOS