# Lila Ayers, Esq.
## 8 East Prospect Avenue, Suite A1
## Mount Vernon, NY 10550
## (914) 699-5220
## lilaayerslaw@aol.com

June 15, 2026

Via ECF
Hon. Vera M. Scanlon, Chief U.S.M.J.
United States District Court -- Eastern District of New York

**Re.    Singh v. Topline NYC Contracting Inc. et al., 25-CV-00776-NCM-VMS**

Dear Chief Judge Scanlon:

In light of your Honor's order of June 13th, should the parties assume the status conference scheduled for June 18, 2026 at 4 pm (ordered on May 18, 2026) is adjourned?

Please clarify.

Thank you.

Very truly yours,

*Lila Ayers*

Lila Ayers

cc:    Emanuel Kataev, Esq.