**Lila Ayers, Esq.**
**8 East Prospect Avenue, Suite A1**
**Mount Vernon, NY 10550**
**(914) 699-5220**
**lilaayerslaw@aol.com**

August 12, 2026

Via ECF

Hon. Vera M. Scanlon, Chief U.S. Magistrate Judge
United States District Court
for the Eastern District of New York

**Re: Singh v. Topline NYC Contracting Inc., et al.**
**Civil Action No. 1:25-CV-00776**

Dear Judge Scanlon:

Although not reduced to a written order, it is my understanding, from discussions with co-counsel Srdjan Milenkovic, that your Honor had given plaintiff thirty days to produce authorizations requested and other materials, *viz.*, passport entries for foreign travel, from July 9th the date of the Status Conference.

By my calculations, thirty days from July 9th is August 8th. I sent an email on August 9th to plaintiff's counsel requesting production by Tuesday, August 11th (see, email annexed as Exhibit A). I received no response to that email.

Plaintiff has not produced the documents, nor has he requested more time to do so, nor has he filed an objection to District Judge Natahsa C. Merle within fourteen days under Rule 72(a).

In light of the above, defendants respectfully request that this Court issue an order that plaintiff produce all materials specified at the Status Conference by a date certain.

Thank you.

Very truly yours,

Lila Ayers

Lila Ayers

Enclosure

cc: Emanuel Kataev, Esq.