## Singh v. Topline

**From:** Lila Ayers <lilaayerslaw@aol.com>
**To:** Emanuel Kataev
**Date:** Aug 9, 2026, 12:43 PM

Hi Mr. Kataev,

It is my understanding that at the conference on July 9, 2026 in this matter, Chief Mag. Judge Scanlon ordered plaintiff to produce authorizations and other documents within thirty days. That is, August 8th was the deadline.

Please send same by August 11th or we will be forced to seek court intervention.

Thanks.

Lila Ayers, Esq.
8 East Prospect Avenue, Suite A1
Mount Vernon, NY 10550
tel:  (914) 699-5220
fax:  (914) 699-3740

This electronic message transmission and any accompanying attachments are intended for the person to whom it is addressed.  This message and any attachments maybe or is being sent by or on behalf of an attorney and may contain information that is privileged, confidential or otherwise protected from disclosure by state and federal law. If you have received this transmission, but are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please respond immediately to the sender and delete and destroy the original message and all copies, including any accompanying attachments.