**Lila Ayers, Esq.**
**8 East Prospect Avenue, Suite A1**
**Mount Vernon, NY 10550**
**(914) 699-5220**
**lilaayerslaw@aol.com**

August 21, 2026

Hon. Vera M. Scanlon, Chief U.S. Mag. Judge
United States District Court
Eastern District of New York

**Re: Singh v. Topline NYC Contracting Inc., et al.**
**Civil Action No. 1:25-CV-00776**

Dear Judge Scanlon:

On August 12, 2026, this office filed a letter motion (Doc. 72) for discovery, specifically the authorizations and other documents, that were ordered to be produced within thirty days of the status of conference of July 9th.

Rule III.b. of your Honor's Individual Practice Rules, requires a response within three business days, which would have been Monday, August 17th.

Wherefore, defendants respectfully request that this Court immediately issue an order requiring plaintiff to produce all documents ordered to be produced on July 9, 2026 within a week.

Thank you.

Very truly yours,

*Lila Ayers*

Lila Ayers