**Lila Ayers, Esq.**
**8 East Prospect Avenue, Suite A1**
**Mount Vernon, NY 10550**
**(914) 699-5220**
**lilaayerslaw@aol.com**

August 31, 2026

*Via ECF*

Hon. Vera M. Scanlon, Chief U.S. Mag. Judge
United States District Court for the Eastern District of New York

**Re: Singh v. Topline NYC Contracting Inc., et al.**
**1:25-cv-00776-NCM-VMS**

Dear Chief Mag. Judge Scanlon:

I am in receipt of plaintiff's *characteristically* late response to my letter motion and follow-up letter.

Plaintiff admits I *did* send authorizations for his client to sign: "On May 1, 2026, Defendants sent an informal email attaching authorizations together with a FOIA request." He fails to mention, I also followed up with two other emails also with authorizations. Thus, Plaintiff's counsel has in his possession all the authorizations he needs. Nonetheless, I will re-send the authorizations plaintiff had in his possession for *four months*.

Thank you.

Very truly yours,

*Lila Ayers*

Lila Ayers

cc: Emanuel Kataev, Esq.