**Sage Legal LLC**

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

September 24, 2026

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. Vera M. Scanlon, U.S.M.J.
225 Cadman Plaza East
Brooklyn, NY 11201-1804

**Re: Singh v. Topline NYC Contracting Inc., et al.**
**Case No.: 1:25-cv-776 (NCM) (VMS)**
**Joint Letter Regarding Expert Discovery**

Dear Magistrate Judge Scanlon:

This firm represents Plaintiff Joginder Singh ("Plaintiff") who writes jointly with Defendants Topline NYC Contracting Inc., Topline NYC Inc., Gurpreet Singh, and Lakhvinder Singh (collectively "Defendants") submit this letter to advise the Court regarding expert discovery.

The parties respectfully advise the Court that neither Plaintiff nor Defendants presently anticipate retaining or presenting any expert witnesses in connection with this action. Accordingly, the parties do not anticipate engaging in expert discovery.

The parties thank this Honorable Court for its time and attention to this matter.

Dated: Jamaica, New York
September 24, 2026

Respectfully submitted,

**SAGE LEGAL LLC**

*/s/ Emanuel Kataev, Esq.*

Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Joginder Singh*

**VIA ECF**
All counsel of record