**Lila Ayers**
**Attorney at Law**
**8 East Prospect Avenue, Suite A1**
**Mount Vernon, NY 10550**
**(914) 699-5220**

November 5, 2026

Via CM/ECF

Hon. Natasha C. Merle, U.S.D.J.
United States District Court
Eastern District of New York

**Re: Singh v. Topline NYC Contracting Inc., *et al.***
**Case No.: 1:25-cv-776 (NCM) (VMS)**

Dear Judge Merle:

Please accept this letter as defendants' motion for an extension of the time to respond to plaintiff's letter requesting a pre-motion conference (Doc. 78), filed on 10/30/2026, in anticipation of plaintiff's motion for summary judgment.

Under your Honor's individual practices, our opposition letter and accompanying counterstatement to plaintiff's Local Civil Rule 56.1 statement (Doc. 79) are due 11/6/2026. Defendants request an adjournment to 11/13/2026. Plaintiff's counsel has consented to this application subject to the complete agreement and meet-and-confer condition described below.

This is defendants' first request for an extension of time to respond to Doc. 78. The extension is requested to allow additional time to prepare the opposition letter and counterstatement while counsel address the outstanding discovery described below.

As part of this agreement, defendants will provide all outstanding discovery and fully respond to plaintiff's October 31, 2026 deficiency letter by November 18, 2026, extending the requested November 13, 2026 cure date. This includes the supplemental document responses, responsive document production, verified interrogatory answers, amended initial disclosures, privilege log or confirmation that no material is withheld on privilege grounds, and written confirmations requested in that letter.

The parties also agree to extend the deadline for completion of fact discovery and jointly request an extension from November 13, 2026, as stated in the Court's November 2, 2026 Order, to January 31, 2027, to allow completion of the supplemental production and necessary follow-up discovery. The November 18, 2026 deadline for defendants' discovery responses and production is a separate obligation. The parties respectfully submit this letter to also serve as the joint status report due on November 13, 2026, including their proposed revised discovery schedule, as directed in the November 2 Order.

Plaintiff's consent is conditioned upon counsel conducting a virtual meet-and-confer as requested in the October 31, 2026 deficiency letter after Defendants provide their November 18, 2026 supplemental discovery responses together with their response to the deficiency letter. Plaintiff's agreement to these extensions does not waive the rights or remedies reserved in that letter.

Thank you.

Very truly yours,

Lila Ayers

Lila Ayers

cc: Emanuel Kataev, Esq.
Hon. Vera M. Scanlon, Chief U.S.M.J.
Srdjan Milenkovic, Esq.