**Lila Ayers**
**Attorney at Law**
**8 East Prospect Avenue, Suite A1**
**Mount Vernon, NY 10550**
**(914) 699-5220**

November 13, 2026

Via CM/ECF

Hon. Natsha C. Merle, U.S.D.J.
United States District Court
Eastern District of New York

**Re: Singh v. Topline, et al.**
**25 Civ. 776 (NCM)(VMS)**

Dear Judge Merle:

Please accept this letter as defendants' response to plaintiff's letter motion for a premotion conference, dated October 30, 2026 (Doc. 78), for his motion for summary judgment dismissing the defendants' counterclaim.

Plaintiff alleges that defendants have no proof to support their counterclaim, this is demonstrably disproved by Exhibit A, checks plaintiff wrote to himself, his wife, and his son for his own purposes and for no business purpose and Exhibit B withdrawals he made from defendants' corporate business account for himself, including therein are certified checks he had written on said corporate business account to purchase motor vehicles, for himself, again, with no business purpose. Notably, plaintiff's wife and son who plaintiff generously paid with defendant's business funds, had no position or interest in defendant corporation, they were not employees, vendors, or agents. Further, plaintiff, himself, had no role in the corporation, other than using its bank account as his personal ATM. As shown in the cover sheet of each exhibit, plaintiff converted/embezzled a total of $198,892 ($83,916 in checks + $114,976 in withdrawals.

In reality, the only damage plaintiff suffered was not being able to continue to steal from his own family. Defendants, on the contrary, sustained at least $198,892 in damages, plus interest, costs, etc.

Thank you.

Very truly yours,

Lila Ayers

Lila Ayers

cc: Emanuel Kataev, Esq.