| Check Date | Payee | Amount | Check No. | PDF Page |
|---|---|---|---|---|
| 10/29/2019 | *Illegible / Unclear (appears to read "Bulofer..." or "Aulofar...")* | $1,267.00 | 1112 | Page 1 |
| 12/23/2019 | Joginder Singh | $15,000.00 | 1169 | Page 2 |
| 03/29/2021 | Joginder Singh | $6,000.00 | 1483 | Page 3 |
| 09/02/2021 | Amritpal Singh | $3,500.00 | 0149 | Page 4 |
| 09/16/2021 | Amritpal Singh | $3,500.00 | 0150 | Page 5 |
| 09/22/2021 | Amritpal Singh | $3,500.00 | 0151 | Page 6 |
| 01/13/2022 | Surjeet Kaur | $3,285.00 | 0146 | Page 7 |
| 01/24/2022 | Joginder Singh | $3,500.00 | 0210 | Page 8 |
| 01/24/2022 | Amritpal Singh | $3,500.00 | 0209 | Page 9 |
| 01/24/2022 | Surjit Kaur | $3,000.00 | 0211 | Page 10 |
| 03/25/2022 | Joginder Singh | $6,500.00 | 0237 | Page 11 |
| 03/28/2022 | Surjit Kaur | $6,500.00 | 0236 | Page 12 |
| 01/27/2023 | Joginder Singh | $18,500.00 | 1103 | Page 13 |
| 07/08/2023 | Surjeet Kaur | $6,364.00 | 1333 | Page 14 |
| **Total** | | **$83,916.00** | | |

## Payee Totals Breakdown

- **Joginder Singh: $49,500.00** across 5 checks (Pages 2, 3, 8, 11, and 13).
- **Surjeet Kaur / Surjit Kaur: $19,149.00** across 4 checks (Pages 7, 10, 12, and 14).
- **Amritpal Singh: $14,000.00** across 4 checks (Pages 4, 5, 6, and 9).
- **Unclear Payee (Check #1112): $1,267.00** (Page 1).

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM

**TOPLINE NYC CONTRACTING INC** 05-19
9219 101ST AVE (929)413-5919
OZONE PARK, NY 11416

12450 1112

50-791/214

DATE 10-29-2019

PAY TO THE ORDER OF [illegible] $ 1267/-

One Thousand two hundred Sixty Seven DOLLARS

Capital One
Capital One, N.A.

FOR

Joginder Singh

[redacted]

Security Features Included. Details on Back.

ProcDate: 2019/11/26
AccountNum: ******2087
CheckAmt: 1,267.00
SerialNum: 1112
MflmSeqNum: 6300013330

ENDORSE HERE

CHECK BOX FOR MOBILE REMOTE DEPOSIT

ProcDate: 2019/11/26
AccountNum: ******2087
CheckAmt: 1,267.00
SerialNum: 1112
MflmSeqNum: 6300013330

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER HEAT SENSITIVE ICON AND FOIL HOLOGRAM

**TOPLINE NYC CONTRACTING INC** 05-19
9219 101ST AVE (929)413-5919
OZONE PARK, NY 11416

1169
50-791/214

DATE 12/23/2019

PAY TO THE ORDER OF Jogender Singh $ 15,000.00

fifteen Thousand only DOLLARS

Capital One
Capital One, N.A

FOR

Joginder Singh

Details on Back. Security Features Included

[redacted]

ProcDate: 2019/12/24
AccountNum: ******2087
CheckAmt: 15,000.00
SerialNum: 1169
MflmSeqNum: 5000082070

Capital One, N.A. Richmond VA 065000090

[redacted]

CAPITAL ONE NA

[redacted]

RICHMOND, VA 020 0

Deposit [redacted]

ProcDate: 2019/12/24
AccountNum: ******2087
CheckAmt: 15,000.00
SerialNum: 1169
MflmSeqNum: 5000082070


SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM

TOPLINE NYC CONTRACTING INC 05-19
9219 101ST AVE (929)413-5919
OZONE PARK, NY 11416

1483
50-791/214

DATE 03-29-2021

PAY TO THE ORDER OF Joginder Singh $ 6000/—

Six Thousand only DOLLARS

Capital One
Capital One, N.A.

FOR

Joginder Singh

[redacted]

ProcDate: 2021/03/29
AccountNum: ******2087
CheckAmt: 6,000.00
SerialNum: 1483
MflmSeqNum: 2100276906


ENDORSE HERE

Joginder Singh

CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

Chemical Wash Detection Box

COLOR INK SHOULD

[redacted]

MobileMark® Mobile Deposit check mark to indicate check has been deposited via mobile device

ProcDate: 2021/03/29
AccountNum: ******2087
CheckAmt: 6,000.00
SerialNum: 1483
MflmSeqNum: 2100276906

0149

**TOPLINE NYC CONTRACTING INC.**
9219 101ST AVE
OZONE PARK, NY 11416

Date 09-02-2021 1-49/650

Pay to the order of Amritpal Singh $ 3500/—

Three Thousand five hundred only Dollars

CAPITAL ONE, N.A.

For [redacted] Joginder Singh

ProcDate: 2021/09/02
AccountNum: ******2087
CheckAmt: 3,500.00
SerialNum: 149
MflmSeqNum: 7000499762

[redacted]

ENDORSE HERE

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

[redacted]

FEDERAL RESERVE BOARD OF GOVERNORS REG.

ProcDate: 2021/09/02
AccountNum: ******2087
CheckAmt: 3,500.00
SerialNum: 149
MflmSeqNum: 7000499762

0150

TOPLINE NYC CONTRACTING INC.
9219 101ST AVE
OZONE PARK, NY 11416

14-9/650

Date 09-16-2021

Pay to the order of Amritpal Singh $ 3,500 -

Three Thousand five hundred only Dollars

CAPITAL ONE, N.A.

For

Jegindee Singh

[redacted]

ProcDate: 2021/09/17
AccountNum: ******2087
CheckAmt: 3,500.00
SerialNum: 150
MflmSeqNum: 5200943922

[redacted]

ProcDate: 2021/09/17
AccountNum: ******2087
CheckAmt: 3,500.00
SerialNum: 150
MflmSeqNum: 5200943922

0151

**TOPLINE NYC CONTRACTING INC.**
9219 101ST AVE
OZONE PARK, NY 11416

14-9/650

Date 09-22-2021

Pay to the order of Amritpal Singh $ 3,500.00

Three Thousand Five hundred only Dollars

CAPITAL ONE, N.A.

For

Joginder Singh MP

[redacted]

ProcDate: 2021/09/23
AccountNum: ******2087
CheckAmt: 3,500.00
SerialNum: 151
MflmSeqNum: 9100342738

[redacted]

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

STAMP OR SIGN BELOW THIS LINE

ProcDate: 2021/09/23
AccountNum: ******2087
CheckAmt: 3,500.00
SerialNum: 151
MflmSeqNum: 9100342738

0146

**TOPLINE NYC CONTRACTING INC.**
9219 101ST AVE
OZONE PARK, NY 11416

Date JAN 13, 2022

Pay to the order of Surjeet Kaur $ 3285.00

Three thousand Two hundred eighty five Dollars

CAPITAL ONE, N.A.

For cometry

Jogindar Singh

[redacted]

ProcDate: 2022/01/21
AccountNum: ******2087
CheckAmt: 3,285.00
SerialNum: 146
MflmSeqNum: 9300633166

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE

[redacted]

Surjeet kaur

ProcDate: 2022/01/21
AccountNum: ******2087
CheckAmt: 3,285.00
SerialNum: 146
MflmSeqNum: 9300633166

0210

TOPLINE NYC CONTRACTING INC.
9219 101ST AVE
OZONE PARK, NY 11416

14 9/650

Date 01-24-2022

Pay to the order of Joginder Singh $ 3500 xx/00

Three Thousand Five hundred only Dollars

CAPITAL ONE, N.A.

For [redacted] Joginder Singh

ProcDate: 2022/01/24
AccountNum: ******2087
CheckAmt: 3,500.00
SerialNum: 210
MflmSeqNum: 9000592082

ENDORSE HERE

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

[redacted]

ProcDate: 2022/01/24
AccountNum: ******2087
CheckAmt: 3,500.00
SerialNum: 210
MflmSeqNum: 9000592082

0209

TOPLINE NYC CONTRACTING INC.
9219 101ST AVE
OZONE PARK, NY 11416

14-9/650

Date 01-24-2022

Pay to the order of Amritpal Singh $ 3500.00

Three Thousand Five hundred only Dollars

CAPITAL ONE, N.A.

For

Joginder Singh

[redacted]

ProcDate: 2022/01/24
AccountNum: ******2087
CheckAmt: 3,500.00
SerialNum: 209
MflmSeqNum: 9000954070

ENDORSE HERE

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

DATE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

[redacted]

FEDERAL RESERVE BOARD OF GOVERNORS

ProcDate: 2022/01/24
AccountNum: ******2087
CheckAmt: 3,500.00
SerialNum: 209
MflmSeqNum: 9000954070

0211

TOPLINE NYC CONTRACTING INC.
9219 101ST AVE
OZONE PARK, NY 11416

Date 01-24-2022 14-9 650

Pay to the order of Surjit Kaur $ 3000 00/00

Three Thousand only Dollars

CAPITAL ONE, N.A.

For [redacted] Joginder Singh

ProcDate: 2022/01/24
AccountNum: ******2087
CheckAmt: 3,000.00
SerialNum: 211
MflmSeqNum: 9000954078

[redacted]

[redacted]

ENDORSE HERE

ProcDate: 2022/01/24
AccountNum: ******2087
CheckAmt: 3,000.00
SerialNum: 211
MflmSeqNum: 9000954078

0237

**TOPLINE NYC CONTRACTING INC.**
9219 101ST AVE
OZONE PARK, NY 11416

Date 03-25-2022 14-9/650

Pay to the order of Joginder Singh $ 6500.00

Six Thousand Five hundred only Dollars

CAPITAL ONE, N.A.

For

Joginder Singh

[redacted]

ProcDate: 2022/03/25
AccountNum: ******2087
CheckAmt: 6,500.00
SerialNum: 237
MflmSeqNum: 7200591174

[redacted]

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

ProcDate: 2022/03/25
AccountNum: ******2087
CheckAmt: 6,500.00
SerialNum: 237
MflmSeqNum: 7200591174

0236

**TOPLINE NYC CONTRACTING INC.**
9219 101ST AVE
OZONE PARK, NY 11416

Date 03-28-2022 14-9/650

Pay to the order of Surjit Kaur $ 6500 00/xx

Six Thousand Five hundred only Dollars

Security Features Included. Details on Back

© CHECKS UNLIMITED • COUNTRY CLUB

**CAPITAL ONE, N.A.**

For

MP

[redacted]

ProcDate: 2022/03/28
AccountNum: ******2087
CheckAmt: 6,500.00
SerialNum: 236
MflmSeqNum: 8400192710

[redacted]

Surjit Kaur

ProcDate: 2022/03/28
AccountNum: ******2087
CheckAmt: 6,500.00
SerialNum: 236
MflmSeqNum: 8400192710

1103

**TOPLINE NYC CONTRACTING INC.**
9219 101ST AVE
OZONE PARK, NY 11416

14-9/650

Date 1-27-2023

Pay to the order of Joginder Singh $ 18500/—

Eighteen thousand five hundred only Dollars

CAPITAL ONE, N.A.

For

Joginder Singh

[redacted]

ProcDate: 2023/01/27
AccountNum: ******2087
CheckAmt: 18,500.00
SerialNum: 1103
MflmSeqNum: 9000124506

ENDORSE HERE

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

[redacted]

ProcDate: 2023/01/27
AccountNum: ******2087
CheckAmt: 18,500.00
SerialNum: 1103
MflmSeqNum: 9000124506

1333

**TOPLINE NYC CONTRACTING INC.**
9219 101ST AVE
OZONE PARK, NY 11416

Date 07/08/23 14-9/650

Pay to the order of Surjeet Kaur $ 6364 00/00

Six thousand three hundred sixty four Dollars

CAPITAL ONE, N.A.

For Gift

[redacted]

ProcDate: 2023/08/10
AccountNum: ******2087
CheckAmt: 6,364.00
SerialNum: 1333
MflmSeqNum: 1000399862

[redacted]

[redacted]

Surjeet Kaur
08-10-23

ProcDate: 2023/08/10
AccountNum: ******2087
CheckAmt: 6,364.00
SerialNum: 1333
MflmSeqNum: 1000399862