| Ticket Date | Processing Date | Amount | PDF Page |
|---|---|---|---|
| 07/23/2019 | 07/23/2019 | $1,000.00 | Page 1 |
| 07/27/2019 | 07/29/2019 | $4,000.00 | Page 2 |
| 08/09/2019 | 08/09/2019 | $7,000.00 | Page 3 |
| 08/12/2019 | 08/12/2019 | $2,466.00 | Page 4 |
| 08/15/2019 | 08/16/2019 | $1,000.00 | Page 9 |
| 12/24/2019 | 12/24/2019 | $6,000.00 | Page 10 |
| 02/01/2020 | 02/03/2020 | $6,000.00 | Page 15 |
| 01/19/2021 | 01/19/2021 | $14,010.00 | Page 11 |
| 02/12/2021 | 02/12/2021 | $9,000.00 | Page 16 |
| 11/30/2021 | 11/30/2021 | $6,000.00 | Page 17 |
| 12/03/2021 | 12/03/2021 | $6,500.00 | Page 18 |
| 12/17/2021 | 12/17/2021 | $6,000.00 | Page 19 |
| 05/18/2022 | 05/18/2022 | $2,000.00 | Page 20 |
| 06/08/2022 | 06/08/2022 | $2,000.00 | Page 21 |
| 07/06/2022* | 07/06/2022 | $2,500.00 | Page 22 |
| 07/23/2022 | 07/25/2022 | $1,500.00 | Page 23 |
| 08/08/2022 | 08/08/2022 | $2,000.00 | Page 24 |
| 08/18/2022 | 08/18/2022 | $2,000.00 | Page 25 |
| 08/30/2022 | 08/30/2022 | $2,000.00 | Page 26 |
| 09/10/2022 | 09/12/2022 | $2,000.00 | Page 27 |
| 09/20/2022 | 09/20/2022 | $2,500.00 | Page 28 |
| 10/01/2022 | 10/03/2022 | $2,000.00 | Page 29 |
| 10/08/2022 | 10/11/2022 | $2,200.00 | Page 30 |
| 10/17/2022 | 10/17/2022 | $2,500.00 | Page 31 |
| 11/23/2022 | 11/23/2022 | $2,000.00 | Page 32 |
| 12/27/2022 | 12/27/2022 | $2,000.00 | Page 33 |
| 02/11/2023 | 02/13/2023 | $1,800.00 | Page 34 |
| 04/22/2023 | 04/24/2023 | $2,000.00 | Page 35 |
| 10/28/2023 | 10/30/2023 | $6,800.00 | Page 36 |
| 11/04/2023 | 11/06/2023 | $6,200.00 | Page 37 |
| **Total** | | **$114,976.00** | |

**Note: The handwritten date on Page 22 resembles "09/06/2022", but the bank processing date and deposit stamp confirm it was processed on **07/06/2022**.*

## Supporting Cashier's Check Pages (Included in Withdrawals Above)

- **August 12, 2019 ($2,466.00 withdrawal):** Used to purchase a **$2,455.00** cashier's check payable to **Martin's Farm Truck LLC** (Pages 6 and 8), plus a **$10.00** fee (Page 5) and **$1.00** cash out (Page 7). [1]

- **January 19, 2021 ($14,010.00 withdrawal):** Used to purchase a **$14,000.00** cashier's check payable to **P.A.G Automotive Inc** (Pages 13 and 14), plus a **$10.00** fee (Page 12).
  [1]

CapitalOne N.A. **WITHDRAWAL TICKET**

NAME Tafhme NYC Contracting inc DATE 7/23/2019

92-19-101 AVE So Ozone Park

CLIENT(S) SIGNATURE

CAR 0100 (R 5/19)

ACCOUNT NO [redacted]

AMOUNT WITHDRAWN

$ 1000.00

[redacted]

ProcDate: 2019/07/23
AccountNum: ******2087
CheckAmt: 1,000.00
SerialNum: 6528
MflmSeqNum: 1700724382

Capital One, N.A. Richmond VA 065000090

[redacted]

[redacted]

CAPITAL ONE, NA

[redacted]

RICHMOND, VA 020 0

Deposit [redacted]

ProcDate: 2019/07/23
AccountNum: ******2087
CheckAmt: 1,000.00
SerialNum: 6528
MflmSeqNum: 1700724382

**CapitalOne N.A.**

**WITHDRAWAL TICKET**

NAME Top Line NYC Consultancy inc DATE 7/27/019

Joginder Singh
CLIENT(S) SIGNATURE

CAP-0100 (R 5/19)

ACCOUNT NO.

* [redacted]

AMOUNT WITHDRAWN

$ 4000/00

[redacted]

ProcDate: 2019/07/29
AccountNum: ******2087
CheckAmt: 4,000.00
SerialNum: 8210
MflmSeqNum: 100599794

Capital One, N.A. Richmond VA 065000090

[redacted]

Capital One, N.A. Richmond VA 065000090

[redacted]

**CAPITAL ONE, NA**

[redacted]

**RICHMOND, VA 026 0**
**Deposit** [redacted]

ProcDate: 2019/07/29
AccountNum: ******2087
CheckAmt: 4,000.00
SerialNum: 8210
MflmSeqNum: 100599794

**Capital**One N.A.

**WITHDRAWAL TICKET**

NAME Topline NYC Contracting Inc DATE 8/09/2019

9219-101 AVE Queens 11416

CLIENT(S) SIGNATURE

CAP-0100 (R 5/19)

ACCOUNT NO.

*[redacted]

AMOUNT WITHDRAWN

$ 7000 00

ProcDate: 2019/08/09
AccountNum: ******2087
CheckAmt: 7,000.00
SerialNum: 5942
MflmSeqNum: 2900117514

Capital One, N.A. Richmond VA 065000090

[redacted]

Capital One, N.A. Richmond VA 065000090

[redacted]

**CAPITAL ONE, NA**

[redacted]

**RICHMOND, VA 040 0**

**Deposit 078202**

ProcDate: 2019/08/09
AccountNum: ******2087
CheckAmt: 7,000.00
SerialNum: 5942
MflmSeqNum: 2900117514

**CapitalOne N.A.** **WITHDRAWAL TICKET**

NAME JOGINDER SINGH DATE 8/12/19

CLIENT(S) SIGNATURE Joginder Singh

CAP-0100 (R 5/19)

ACCOUNT NO. AMOUNT WITHDRAWN

[redacted] $ 2466.00

[redacted]

ProcDate: 2019/08/12
AccountNum: ******2087
CheckAmt: 2,466.00
SerialNum: 7849
MflmSeqNum: 8100258670

Capital One, N.A. Richmond VA 065000090

[redacted]

[redacted]

**CAPITAL ONE, NA**

[redacted]

**RICHMOND, VA 097 0**

**Deposit** [redacted]

ProcDate: 2019/08/12
AccountNum: ******2087
CheckAmt: 2,466.00
SerialNum: 7849
MflmSeqNum: 8100258670

# Cashiers Check Fee (Credit)

| | | | |
|---|---|---|---|
| Processing Date: | 08/12/19 | Serial Number | |
| Calendar Date | 08/12/19 | Total GL Amount | 10.00 |
| Time: | 17:15:06 | ATM Terminal Number | |
| Branch DID | 46606 | | |
| Branch Name | Howard Beach | GL Account No | [redacted] |
| Trans Seq # | 00802 | GL Acct Desc | |
| Operator ID | CHD757 | Comment | |
| Cashbox | 12 | | |
| Approval ID | | Description | |

[redacted]

ProcDate: 2019/08/12
AccountNum: *********0062
CheckAmt: 10.00
SerialNum: 0
MflmSeqNum: 8100258662

Capital One, N.A. Richmond VA 065000090

[redacted]

ProcDate: 2019/08/12
AccountNum: *********0062
CheckAmt: 10.00
SerialNum: 0
MflmSeqNum: 8100258662

# Cashiers Check Issue Credit

9104496377

Date 08/12/19

Issuing Region 081

Branch Name Howard Beach

Branch DID 46606

$ 2455.00

PAY TO THE
ORDER OF MARTIN'S FARM TRUCK LLC.

RE: ______________________________

[redacted]

ProcDate: 2019/08/12
AccountNum: *****0016
CheckAmt: 2,455.00
SerialNum: 9104496377
MflmSeqNum: 8100258658

Capital One, N.A. Richmond VA 065000090

[redacted]

ProcDate: 2019/08/12
AccountNum: *****0016
CheckAmt: 2,455.00
SerialNum: 9104496377
MflmSeqNum: 8100258658

# Cash Out

Processing Date: 08/12/19

| | | | |
|---|---|---|---|
| Calendar Date: | 08/12/19 | Serial Number: | 5445 |
| Time: | 17:17:13 | Cash Out Amount: | 1.00 |
| Branch DID: | 46606 | | |
| Branch Name | Howard Beach | | |
| Trans Seq #: | 00803 | | |
| Operator ID: | CHD757 | | |
| Cashbox: | 12 | | |

[redacted]

ProcDate: 2019/08/12
AccountNum: *8212
CheckAmt: 1.00
SerialNum: 5445
MflmSeqNum: 8100258666

Capital One, N.A. Richmond VA 065000090

[redacted]

ProcDate: 2019/08/12
AccountNum: *8212
CheckAmt: 1.00
SerialNum: 5445
MflmSeqNum: 8100258666

Capital One Bank

84-487
1113

CASHIER'S CHECK 9104496377

DATE 08/12/2019

ISSUING REGION 081

BRANCH Howard Beach

BRANCH ID 46606

TWO THOUSAND FOUR HUNDRED FIFTY FIVE DOLLARS AND 00 CENTS

$ 2,455.00

PAY TO THE ORDER OF

MARTIN'S FARM TRUCK LLC.

Drawer: Capital One, N.A.

AUTHORIZED SIGNATURE

RE: JOGINDER SINGH

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

[redacted]

ProcDate: 2019/08/14
AccountNum: *****0016
CheckAmt: 2,455.00
SerialNum: 9104496377
MflmSeqNum: 8300123050

[redacted]

FOR DEPOSIT ONLY
MARTIN'S FARM TRUCKS LLC
14490[illegible]406
ORRSTOWN BANK

PAYEE ENDORSEMENT AREA

THIS AREA FOR BANK USE ONLY

FEDERAL BANKING ACT 1987 - FEDERAL RESERVE REG. CC

ProcDate: 2019/08/14
AccountNum: *****0016
CheckAmt: 2,455.00
SerialNum: 9104496377
MflmSeqNum: 8300123050

**CapitalOne N.A.** **WITHDRAWAL TICKET**

NAME Topline NYC contracting inc DATE 8/15/2019

9219-101 AVE Ozone Park

CLIENT(S) SIGNATURE

CAP-0100 (R 5/19)

ACCOUNT NO.

[redacted]

AMOUNT WITHDRAWN

$ 1000 00

[redacted]

ProcDate: 2019/08/16
AccountNum: ******2087
CheckAmt: 1,000.00
SerialNum: 1781
MflmSeqNum: 8400348138

Capital One, N.A. Richmond VA 065000090

[redacted]

[redacted]

**CAPITAL ONE, NA**

[redacted]

**RICHMOND, VA 024 0**
**Deposit** [redacted]

ProcDate: 2019/08/16
AccountNum: ******2087
CheckAmt: 1,000.00
SerialNum: 1781
MflmSeqNum: 8400348138

CapitalOne N.A.

**WITHDRAWAL TICKET**

NAME Sagender Singh

DATE 12/24/2019

577 N 2and ST New Hayt Park

CLIENT(S) SIGNATURE

CAP-0100 (R 5/19)

ACCOUNT NO.

* [redacted]

AMOUNT WITHDRAWN

$ 6000 .

[redacted]

ProcDate: 2019/12/24
AccountNum: ******2087
CheckAmt: 6,000.00
SerialNum: 3759
MflmSeqNum: 5000082078

Capital One, N.A. Richmond VA 065000090

[redacted]

Capital One, N.A. Richmond VA 065000090 465341YZD350192019122400007572016б

[redacted]

**CAPITAL ONE, NA**

[redacted]

**RICHMOND, VA 020 0**

**Deposit** [redacted]

ProcDate: 2019/12/24
AccountNum: ******2087
CheckAmt: 6,000.00
SerialNum: 3759
MflmSeqNum: 5000082078

CapitalOne N.A. WITHDRAWAL TICKET

NAME Joginder Singh DATE 1/19/21

Joginder Singh
CLIENT(S) SIGNATURE

CAP-0100 (R 5/19)

ACCOUNT NO.
* [redacted]

AMOUNT WITHDRAWN
$ 14,010—

[redacted]

ProcDate: 2021/01/19
AccountNum: ******2087
CheckAmt: 14,010.00
SerialNum: 4110
MflmSeqNum: 400124274

Capital One, N.A. Richmond VA 065000090

[redacted]

[redacted]

CAPITAL ONE, NA
[redacted]
RICHMOND, VA
Deposit [redacted]

ProcDate: 2021/01/19
AccountNum: ******2087
CheckAmt: 14,010.00
SerialNum: 4110
MflmSeqNum: 400124274

# Cashiers Check Fee (Credit)

| | | | |
|---|---|---|---|
| Processing Date: | 01/19/21 | Serial Number | |
| Calendar Date | 01/19/21 | Total GL Amount | 10.00 |
| Time: | 12:56:41 | ATM Terminal Number | |
| Branch DID | 46606 | | |
| Branch Name | Howard Beach | GL Account No | [redacted] |
| Trans Seq # | 00261 | GL Acct Desc | |
| Operator ID | UGM622 | Comment | |
| Cashbox | 06 | | |
| Approval ID | | Description | |

[redacted]

ProcDate: 2021/01/19
AccountNum: *********0062
CheckAmt: 10.00
SerialNum: 0
MflmSeqNum: 400124270

Capital One, N.A. Richmond VA 065000090 46606UGM6220620210119000074018220

ProcDate: 2021/01/19
AccountNum: *********0062
CheckAmt: 10.00
SerialNum: 0
MflmSeqNum: 400124270

# Cashiers Check Issue Credit

[redacted]

Date 01/19/21

Issuing Region 081 Branch Name Howard Beach Branch DID 46606

$ 14000.00

PAY TO THE
ORDER OF ***P.A.G AUTOMOTIVE INC***

RE: ______________________________

[redacted]

ProcDate: 2021/01/19
AccountNum: *****0016
CheckAmt: 14,000.00
SerialNum: 9105310814
MflmSeqNum: 400124266

Capital One, N.A. Richmond VA [redacted]

ProcDate: 2021/01/19
AccountNum: *****0016
CheckAmt: 14,000.00
SerialNum: 9105310814
MflmSeqNum: 400124266

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER. IF COPIED THE WORD "VOID" WILL ALSO APPEAR.

Capital One Bank

84-487
1111

CASHIER'S CHECK [redacted]

DATE 01/19/2021

ISSUING REGION 081 BRANCH Howard Beach BRANCH DID 46606

FOURTEEN THOUSAND DOLLARS AND 00 CENTS

PAY TO THE ORDER OF ***P.A.G AUTOMOTIVE INC***

$ 14,000.00

Drawer: Capital One, N.A.

AUTHORIZED SIGNATURE

100-1250 (R 7/20) SUPERSAFETY ANTI-FRAUD PROTECTION

RE JOGINDER SINGH

Read the reverse side for important information on the reissuance of lost, destroyed, or stolen cashiers check
This check may not be replaced until after the 90th day of issue

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

[redacted]

ProcDate: 2021/01/20
AccountNum: *****0016
CheckAmt: 14,000.00
SerialNum: 9105310814
MflmSeqNum: 4700033234

[redacted]

[redacted]

PAYEE ENDORSEMENT AREA

FOR BANK USE ONLY

ProcDate: 2021/01/20
AccountNum: *****0016
CheckAmt: 14,000.00
SerialNum: 9105310814
MflmSeqNum: 4700033234

CapitalOne N.A.

**WITHDRAWAL TICKET**

NAME Joginder Singh Top line DATE 02-01-20

Joginder Singh
CLIENT(S) SIGNATURE

CAP-0100 (R 5/19)

ACCOUNT NO.
* [redacted]

AMOUNT WITHDRAWN
$ 6000 00

[redacted]

ProcDate: 2020/02/03
AccountNum: ******2087
CheckAmt: 6,000.00
SerialNum: 9902
MflmSeqNum: 1400824654

Capital One, N.A. Richmond VA 065000090

[redacted]

Capital One, N.A. Richmond VA 065000090 4653NWO/2021720200203000077508771

[redacted]

**CAPITAL ONE, NA**

[redacted]

**RICHMOND, VA 025 0**

[redacted]

ProcDate: 2020/02/03
AccountNum: ******2087
CheckAmt: 6,000.00
SerialNum: 9902
MflmSeqNum: 1400824654

Capital One N.A.

**WITHDRAWAL TICKET**

NAME Tapline NYC Contouring INC DATE 2/12/021

Jagandin Singh
CLIENT(S) SIGNATURE

CAP-0100 (R 5/19)

ACCOUNT NO. AMOUNT WITHDRAWN

* [redacted] $ 9,000.00

[redacted]

ProcDate: 2021/02/12
CheckAmt: 9,000.00
SerialNum: 8790
MflmSeqNum: 6600845398
X9A1BofdDate: 20210212

Capital One, N.A. Richmond VA [redacted]

[redacted]

[redacted]

CAPITAL ONE, NA

[redacted]

RICHMOND, VA 033 0

Deposit [redacted]

ProcDate: 2021/02/12
CheckAmt: 9,000.00
SerialNum: 8790
MflmSeqNum: 6600845398
X9A1BofdDate: 20210212

Capital One

## WITHDRAWAL TICKET

NAME Tophine My Const inc DATE 11/30/021

CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO. AMOUNT WITHDRAWN

* [redacted] $ 6000.00

[redacted]

ProcDate: 2021/11/30
CheckAmt: 6,000.00
SerialNum: 6344
MflmSeqNum: 6400488142
X9A1BofdDate: 20211130

Capital One, N.A. Richmond VA 065000090

[redacted]

[redacted]

CAPITAL ONE, NA

[redacted]

RICHMOND, VA 026 0

[redacted]

ProcDate: 2021/11/30
CheckAmt: 6,000.00
SerialNum: 6344
MflmSeqNum: 6400488142
X9A1BofdDate: 20211130

Capital One

**WITHDRAWAL TICKET**

NAME Toplent Nyc Cent DATE 12/03/2021

CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO
* [redacted]

AMOUNT WITHDRAWN
$ 6500.00

⑆500001664⑆ 0045

ProcDate: 2021/12/03
CheckAmt: 6,500.00
SerialNum: 45
MflmSeqNum: 8600038470
X9A1BofdDate: 20211203

Capital One, N.A. Richmond VA 065000090

[redacted]

[redacted]
CAPITAL ONE. NA
[redacted]
RICHMOND, VA 020 0
[redacted]

ProcDate: 2021/12/03
CheckAmt: 6,500.00
SerialNum: 45
MflmSeqNum: 8600038470
X9A1BofdDate: 20211203

Capital One

**WITHDRAWAL TICKET**

NAME Top Line NYC Construction DATE 12/17/2021

CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.

* [redacted]

AMOUNT WITHDRAWN

$ 6000 00

ProcDate: 2021/12/17
CheckAmt: 6,000.00
SerialNum: 2363
MflmSeqNum: 6400131914
X9A1BofdDate: 20211217

Capital One, N.A. Richmond VA 065000090

[redacted]

[redacted]

**CAPITAL ONE, NA**

[redacted]

**RICHMOND, VA 027 0**

**Deposit** [redacted]

ProcDate: 2021/12/17
CheckAmt: 6,000.00
SerialNum: 2363
MflmSeqNum: 6400131914
X9A1BofdDate: 20211217

Capital One

**WITHDRAWAL TICKET**

NAME Joginder Singh Topline DATE 05-18-2022

Joginder Singh

CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO. AMOUNT WITHDRAWN

* [redacted] $ — 2000.00

[redacted]

ProcDate: 2022/05/18
CheckAmt: 2,000.00
SerialNum: 0
MflmSeqNum: 5000163818
X9A1BofdDate: 20220518

Capital One, N.A. Richmond VA 065000090

[redacted]

Joginder Singh

[redacted]

**CAPITAL ONE, NA**

[redacted]

**RICHMOND, VA 012 0**

**Deposit** [redacted]

ProcDate: 2022/05/18
CheckAmt: 2,000.00
SerialNum: 0
MflmSeqNum: 5000163818
X9A1BofdDate: 20220518

Capital One

**WITHDRAWAL TICKET**

NAME Joginder Singh

DATE 06-08-22

CLIENT(S) SIGNATURE Joginder Singh

CAP-0100 (R 12/20)

ACCOUNT NO.

*- [redacted]

AMOUNT WITHDRAWN

$ --2000--

ProcDate: 2022/06/08
CheckAmt: 2,000.00
SerialNum: 9915
MflmSeqNum: 6500944446
X9A1BofdDate: 20220608

Capital One, N.A. Richmond VA 065000090

[redacted]

Joginder Singh

[redacted]

CAPITAL ONE, NA

[redacted]

RICHMOND, VA 014 0

Deposit [redacted]

ProcDate: 2022/06/08
CheckAmt: 2,000.00
SerialNum: 9915
MflmSeqNum: 6500944446
X9A1BofdDate: 20220608

Capital One

**WITHDRAWAL TICKET**

NAME Joginder Singh

DATE 07/06/2022

Joginder Singh

CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.

* [redacted]

AMOUNT WITHDRAWN

$ 2,500.00

[redacted]

ProcDate: 2022/07/06
CheckAmt: 2,500.00
SerialNum: 664
MflmSeqNum: 6000121474
X9A1BofdDate: 20220706

Capital One, N.A. Richmond VA 065000090

[redacted]

Capital One, N.A. Richmond VA 065000090

>065000090<
**CAPITAL ONE, NA**
[redacted]
**RICHMOND, VA 009 0**
**Deposit** [redacted]

ProcDate: 2022/07/06
CheckAmt: 2,500.00
SerialNum: 664
MflmSeqNum: 6000121474
X9A1BofdDate: 20220706

Capital One

WITHDRAWAL TICKET

NAME Joginder Singh DATE 7-23-2022

Joginder Singh
CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.
* [redacted]

AMOUNT WITHDRAWN
$ 1500.0

[redacted]

ProcDate: 2022/07/25
CheckAmt: 1,500.00
SerialNum: 2602
MflmSeqNum: 8000121146
X9A1BofdDate: 20220723

Capital One, N.A. Richmond VA 065000090

[redacted]

>065000090<
CAPITAL ONE, NA
[redacted]
RICHMOND, VA 009 0
[redacted]

ProcDate: 2022/07/25
CheckAmt: 1,500.00
SerialNum: 2602
MflmSeqNum: 8000121146
X9A1BofdDate: 20220723

CapitalOne

**WITHDRAWAL TICKET**

NAME Tope line NYC contracting DATE 8-8-2022

Joginder Singh Jogminder Singh

CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.

* [redacted]

AMOUNT WITHDRAWN

$ —2000—

[redacted]

ProcDate: 2022/08/08
CheckAmt: 2,000.00
SerialNum: 4638
MflmSeqNum: 8000563702
X9A1BofdDate: 20220808

Capital One, N.A. Richmond VA 065000090

[redacted]

[redacted]

CAPITAL ONE, NA

[redacted]

RICHMOND, VA 060 0

[redacted]

ProcDate: 2022/08/08
CheckAmt: 2,000.00
SerialNum: 4638
MflmSeqNum: 8000563702
X9A1BofdDate: 20220808

Capital One

**WITHDRAWAL TICKET**

NAME Joginder Singh DATE 8-18-2022

Joginder Singh

CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO. AMOUNT WITHDRAWN

* [redacted] $ [redacted]

[redacted]

ProcDate: 2022/08/18
CheckAmt: 2,000.00
SerialNum: 12
MflmSeqNum: 7000102378
X9A1BofdDate: 20220818

Capital One, N.A. Richmond VA 065000090

[redacted]

[redacted]

CAPITAL ONE, NA

[redacted]

RICHMOND, VA 009 0

Deposit [redacted]

ProcDate: 2022/08/18
CheckAmt: 2,000.00
SerialNum: 12
MflmSeqNum: 7000102378
X9A1BofdDate: 20220818

Capital One

**WITHDRAWAL TICKET**

NAME Joginder Singh DATE 8-30-2022

Joginder Singh

CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.

* [redacted]

[redacted]

AMOUNT WITHDRAWN

$ —2000—

ProcDate: 2022/08/30
AccountNum: ******2087
CheckAmt: 2,000.00
SerialNum: 6901
MflmSeqNum: 7000269854

Capital One, N.A. Richmond VA 065000090

[redacted]

[redacted]

CAPITAL ONE, NA

[redacted]

RICHMOND, VA 027 0

Deposit [redacted]

ProcDate: 2022/08/30
AccountNum: ******2087
CheckAmt: 2,000.00
SerialNum: 6901
MflmSeqNum: 7000269854

Capital One

**WITHDRAWAL TICKET**

NAME Joginder Singh DATE 9-10-2022

Joginder Singh
CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.

* [redacted]

[redacted]

AMOUNT WITHDRAWN

$ 2000

ProcDate: 2022/09/12
AccountNum: ******2087
CheckAmt: 2,000.00
SerialNum: 2488
MflmSeqNum: 7000112746

Capital One, N.A. Richmond VA 065000090

[redacted]

[redacted]

CAPITAL ONE, NA

[redacted]

RICHMOND, VA 012 0

Deposit [redacted]

ProcDate: 2022/09/12
AccountNum: ******2087
CheckAmt: 2,000.00
SerialNum: 2488
MflmSeqNum: 7000112746

Capital One

**WITHDRAWAL TICKET**

NAME Joginder Singh DATE 09-20-2022

Joginder Singh

CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.

* [redacted]

[redacted]

AMOUNT WITHDRAWN

$ — 2500 —

ProcDate: 2022/09/20
AccountNum: ******2087
CheckAmt: 2,500.00
SerialNum: 8509
MflmSeqNum: 6000076806

Capital One, N.A. Richmond VA 065000090

[redacted]

Capital One, N.A. Richmond VA 065000090 4650401N02507202209200000071589515

[redacted]

**CAPITAL ONE, NA**

[redacted]

**RICHMOND, VA 016 0**

**Deposit** [redacted]

ProcDate: 2022/09/20
AccountNum: ******2087
CheckAmt: 2,500.00
SerialNum: 8509
MflmSeqNum: 6000076806

Capital One

**WITHDRAWAL TICKET**

NAME Joginder Singh DATE 10-01-2022

Joginder Singh

CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.

* [redacted]

AMOUNT WITHDRAWN

$ —2000—

[redacted]

ProcDate: 2022/10/03
AccountNum: ******2087
CheckAmt: 2,000.00
SerialNum: 9106
MflmSeqNum: 6000144554

Capital One, N.A. Richmond VA 065000090

[redacted]

[redacted]

**CAPITAL ONE, NA**

[redacted]

**RICHMOND, VA 010 0**

**Deposit** [redacted]

ProcDate: 2022/10/03
AccountNum: ******2087
CheckAmt: 2,000.00
SerialNum: 9106
MflmSeqNum: 6000144554

Capital One

**WITHDRAWAL TICKET**

NAME Joginder Singh

DATE 10-08-2022

Joginder Singh

CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.

* [redacted]

AMOUNT WITHDRAWN

$ —— 2200 ——

[redacted]

ProcDate: 2022/10/11
AccountNum: ******2087
CheckAmt: 2,200.00
SerialNum: 3933
MflmSeqNum: 6000135814

Capital One, N.A. Richmond VA 065000090

[redacted]

[redacted]

**CAPITAL ONE, NA**

[redacted]

**RICHMOND, VA 011 0**

**360 Deposit** [redacted]

ProcDate: 2022/10/11
AccountNum: ******2087
CheckAmt: 2,200.00
SerialNum: 3933
MflmSeqNum: 6000135814

Capital One

WITHDRAWAL TICKET

NAME Jogindar Singh DATE 10-17-2022

Jogindar Singh
CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.
*— [redacted]

AMOUNT WITHDRAWN
$ — 2500 —

[redacted]

ProcDate: 2022/10/17
AccountNum: ******2087
CheckAmt: 2,500.00
SerialNum: 3368
MflmSeqNum: 7000519090

Capital One, N.A. Richmond VA 065000090

[redacted]

Capital One, N.A. Richmond VA 065000090 40534RFK127032022101700007120553

[redacted]

CAPITAL ONE, NA

[redacted]

RICHMOND, VA 058 0
Deposit [redacted]

ProcDate: 2022/10/17
AccountNum: ******2087
CheckAmt: 2,500.00
SerialNum: 3368
MflmSeqNum: 7000519090

Capital One

**WITHDRAWAL TICKET**

NAME Joginder Singh DATE 11-23-2022

Joginder Singh
CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.
* [redacted]

AMOUNT WITHDRAWN
$ 2000 — —

[redacted]

ProcDate: 2022/11/23
AccountNum: ******2087
CheckAmt: 2,000.00
SerialNum: 9663
MflmSeqNum: 7000134930

Capital One, N.A. Richmond VA 065000090

[redacted]

[redacted]

CAPITAL ONE, NA
[redacted]
RICHMOND, VA 023 0
Deposit [redacted]

ProcDate: 2022/11/23
AccountNum: ******2087
CheckAmt: 2,000.00
SerialNum: 9663
MflmSeqNum: 7000134930

Capital One

**WITHDRAWAL TICKET**

NAME Joginder Singh DATE 12-27-2022

Joginder Singh

CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO. AMOUNT WITHDRAWN

* [redacted] $ —2000 —

[redacted]

ProcDate: 2022/12/27
AccountNum: ******2087
CheckAmt: 2,000.00
SerialNum: 8741
MflmSeqNum: 5000718814

Capital One, N.A. Richmond VA 065000090

[redacted]

Capital One, N.A. Richmond VA 065000090 46932XYJ0020S2022 1227000073576065

>065000090<
**CAPITAL ONE, NA**
[redacted]
**RICHMOND, VA 048 0**
**Deposit** [redacted]

ProcDate: 2022/12/27
AccountNum: ******2087
CheckAmt: 2,000.00
SerialNum: 8741
MflmSeqNum: 5000718814

Capital One

**WITHDRAWAL TICKET**

NAME Joginder Singh DATE 2-11-2023

Joginder Singh

CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO. AMOUNT WITHDRAWN

* [redacted] $— 1800 —

[redacted]

ProcDate: 2023/02/13
CheckAmt: 1,800.00
SerialNum: 7815
MflmSeqNum: 9000144758
X9A1BofdDate: 20230211

Capital One, N.A. Richmond VA 065000090

[redacted]

Capital One, N.A. Richmond VA 065000090

>065000090<
**CAPITAL ONE, NA**
[redacted]
**RICHMOND, VA 016 0**
**Deposit** [redacted]

ProcDate: 2023/02/13
CheckAmt: 1,800.00
SerialNum: 7815
MflmSeqNum: 9000144758
X9A1BofdDate: 20230211

Capital One

**WITHDRAWAL TICKET**

NAME Joginder Singh DATE 04-22-2023

Joginder Singh

CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.

* [redacted]

AMOUNT WITHDRAWN

$ —2000.00

[redacted]

ProcDate: 2023/04/24
CheckAmt: 2,000.00
SerialNum: 8568
MflmSeqNum: 6000090646
X9A1BofdDate: 20230422

Capital One, N.A. Richmond VA 065000090

[redacted]

[redacted]

**CAPITAL ONE, NA**

[redacted]

**RICHMOND, VA 012 0**

**Deposit** [redacted]

ProcDate: 2023/04/24
CheckAmt: 2,000.00
SerialNum: 8568
MflmSeqNum: 6000090646
X9A1BofdDate: 20230422

Capital One

**WITHDRAWAL TICKET**

NAME Joginder Singh DATE 10-28-2023

Joginder Singh
CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO. AMOUNT WITHDRAWN

* [redacted] $ — 6800 —

[redacted]

ProcDate: 2023/10/30
AccountNum: ******2087
CheckAmt: 6,800.00
SerialNum: 9869
MflmSeqNum: 6000069390

Capital One, N.A. Richmond VA 065000090

[redacted]

[redacted]

**CAPITAL ONE, NA**

[redacted]

**RICHMOND, VA 009 0**

**Deposit** [redacted]

ProcDate: 2023/10/30
AccountNum: ******2087
CheckAmt: 6,800.00
SerialNum: 9869
MflmSeqNum: 6000069390

Capital One

**WITHDRAWAL TICKET**

NAME Joginder Singh DATE 11-04-2023

Joginder Singh
CLIENT(S) SIGNATURE

CAP-0100 (R 12/20)

ACCOUNT NO.

* [redacted]

AMOUNT WITHDRAWN

$ 6200.00

ProcDate: 2023/11/06
AccountNum: ******2087
CheckAmt: 6,200.00
SerialNum: 4029
MflmSeqNum: 6000071666

Capital One, N.A. Richmond VA 065000090

[redacted]

Capital One, N.A. Richmond VA 065000090

[redacted]

CAPITAL ONE, NA

[redacted]

RICHMOND, VA 008 0

360 Deposit [redacted]

ProcDate: 2023/11/06
AccountNum: ******2087
CheckAmt: 6,200.00
SerialNum: 4029
MflmSeqNum: 6000071666